# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **MIDLAND FUNDING LLC** | Case No. 3:08-CV-1434 |
| Plaintiff, | |
| vs. | Judge David A. Katz |
| **ANDREA L. BRENT** | **DEFENDANT/THIRD-PARTY PLAINTIFF'S PRELIMINARY ESTIMATE OF FEES AND EXPENSES** |
| Defendant and Third-Party Plaintiff | |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | |
| Third-Party Defendant | |

Below is Defendant/Third-Party Plaintiff's preliminary estimate for the amount of fees and expenses anticipated in this litigation. This estimate is submitted pursuant to the Court's directive to be exchanged at or prior to the Case Management Conference on August 6, 2008 at 9:30 a.m. The following are based upon estimates as to time and expenses to be devoted to this matter.

| **ATTORNEY FEES** | | **COSTS** | |
|---|---|---|---|
| Preliminary Investigation & Filing Complaint | $ 3,500.00 | Depositions | $ 3,000.00 |
| Procedural Motions Practice | 2,000.00 | Experts | -0- |
| Discovery | 5,000.00 | Witness Fees | -0- |
| Class Certification | 5,000.00 | Travel | 3,000.00 |
| Dispositive Motions Practice | 7,500.00 | Other | 1,500.00 |
| Settlement Negotiations | 2,000.00 | | |
| Trial and Preparation | 20,000.00 | | |
| **TOTAL FEES** | **$ 45,000.00** | **TOTAL COSTS** | **$ 7,500.00** |

Respectfully submitted,

*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
E-Mail Address: dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
E-Mail Address: dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 E. Shoreline Drive
Sandusky, Ohio 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707

Attorneys for Defendant/Third-Party Plaintiff

## **CERTIFICATION**

This is to certify that a copy of the foregoing **Preliminary Estimate of Fees and Expenses** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic system.  Parties may access the filing through the Court's system on this 29th day of July, 2008.

        Respectfully submitted,

        */s/Dennis E. Murray, Sr.*
        Dennis E. Murray, Sr., Esq. (0008783)
        E-Mail Address:  dms@murrayandmurray.com
        Donna J. Evans, Esq. (0072306)
        E-Mail Address:  dae@murrayandmurray.com
        MURRAY & MURRAY CO., L.P.A.
        111 E. Shoreline Drive
        Sandusky, Ohio  44870
        Telephone:  (419) 624-3000
        Facsimile:    (419) 624-0707

        Attorneys for Defendant/Third-Party Plaintiff