IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING LLC,

                Plaintiff,         Case No. 08 CV 1434

  -vs-

ANDREA BRENT,                    <u>CASE MANAGEMENT
CONFERENCE ORDER</u>

                Defendant.

KATZ, J.

1. The case management conference was conducted on AUGUST 6, 2008

2. The following attorneys were present:

    a. Plaintiff(s) lead counsel: ROBERT KNIRSCH

    b. Defendant(s) lead counsel: DENNIS MURRAY, SR., DONNA EVANS

3. A written stipulation (Local Rule 16.3(b)(3)) was filed.

4. After consultation with the parties and counsel, the Court determined that this case will proceed on the STANDARD track.

5. The parties did not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Discovery cut-off date: OCTOBER 3, 2008 LIABILITY ONLY

7. The parties have agreed to a method for conducing discovery of electronically-stored information.

8.	Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions.

9.	Deadline for amending pleadings and adding parties: DECEMBER 1, 2008

10.	Deadline for filing dispositive motions on or before: OCTOBER 21, 2008, THREE (3) WEEKS FOR RESPONSE; TEN (10) DAYS FOR REPLY.

IT IS SO ORDERED.

    s/ *David A. Katz*
DAVID A. KATZ
U. S. DISTRICT JUDGE