**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **MIDLAND FUNDING LLC**  Plaintiff, vs. **ANDREA L. BRENT**  Defendant and Third-Party Plaintiff vs. **MIDLAND CREDIT MANAGEMENT, INC.**  Third-Party Defendant | Case No. 3:08-CV-1434  Judge David A. Katz |

**DEFENDANT/THIRD-PARTY PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant/Third-Party Plaintiff, Andrea Brent, moves that this Court certify this case as a class action on behalf of two classes. Class One consists of a class of: **all natural persons sued in an Ohio court, directly or indirectly by Midland Credit Management, Inc., where a form affidavit was used as the only verification of the alleged debt, and the suit was filed on or after a date one year prior to April 17, 2008.** Class Two consists of a class of: **all natural persons sued in an Ohio court, directly or indirectly by Midland Credit Management, Inc.; the institution of the suit was after the expiration of a statute of limitations, and the suit was filed on or after a date one year prior to April 17, 2008.**

Third-Party Plaintiff Brent further moves that this Court designate her as class representative of Class One and Class Two and order the submission of a proposed notice of this

2

litigation to Class Members.  The requirements of FED. R. CIV. P.23 are satisfied and this case is well suited for class treatment.

                Respectfully submitted,

                */s/Dennis E. Murray, Sr.*
                Dennis E. Murray, Sr., Esq. (0008783)
                E-Mail Address:  dms@murrayandmurray.com
                Donna J. Evans, Esq. (0072306)
                E-Mail Address:  dae@murrayandmurray.com
                MURRAY & MURRAY CO., L.P.A.
                111 E. Shoreline Drive
                Sandusky, Ohio  44870
                Telephone:  (419) 624-3000
                Facsimile:    (419) 624-0707

                Attorneys for Defendant/Third-Party Plaintiff

## **CERTIFICATION**

This is to certify that a copy of the foregoing **Defendant/Third Party Plaintiff's Motion for Class Certification was** filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the Court's system on this 19th day of August, 2008.

        Respectfully submitted,

        */s/Dennis E. Murray, Sr.*
        Dennis E. Murray, Sr., Esq. (0008783)
        E-Mail Address: dms@murrayandmurray.com
        Donna J. Evans, Esq. (0072306)
        E-Mail Address: dae@murrayandmurray.com
        MURRAY & MURRAY CO., L.P.A.
        111 E. Shoreline Drive
        Sandusky, Ohio 44870
        Telephone: (419) 624-3000
        Facsimile: (419) 624-0707

        Attorneys for Defendant/Third-Party Plaintiff