UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING, LLC

    Plaintiff/Counter-Defendant,      Case No. 3:08-cv-1434-DAK

v.      Hon. David A. Katz

ANDREA L. BRENT,

    Defendant/Third-Party
    Plaintiff/Counter-Claimant

v.

MIDLAND CREDIT MANAGEMENT, INC.

    Third-Party Defendant

---

| | |
|---|---|
| Brian C. Block | Dennis E. Murray |
| Melissa A. Hagar | Donna Jean Evans |
| Robert G. Knirsch | Murray & Murray |
| Javitch, Block & Rathbone | Attorneys for Andrea L. Brent |
| Attorneys for Midland Funding, LLC and | 111 East Shoreline Drive |
| Midland Credit Management, Inc. | Sandusky, OH 44870 |
| 19th Floor | (419) 624-3000 |
| 1100 Superior Avenue | dms@murrayandmurray.com |
| Cleveland, OH 44114 | dae@murrayandmurray.com |
| (216) 687-1199 | |
| gknirsch@jbandr.com | |
| mhagar@jbandr.com | |

Theodore W. Seitz
Dykema Gossett PLLC
Co-Counsel for Midland Funding, LLC and
Midland Credit Management, Inc.
201 Townsend St., Suite 900
Lansing, MI 48933
(517) 374-9149
tseitz@dykema.com

---

**NOTICE OF ATTORNEY APPEARANCE**

Please enter my appearance on behalf of Plaintiff Midland Funding, LLC, Third-Party Defendant Midland Credit Management, Inc., and Counter-Defendant Midland Funding, LLC in the above-captioned matter.

Dated: October 17, 2008

> */s/ Theodore W. Seitz*
> Theodore W. Seitz (P60320)
> Dykema Gossett PLLC
> Attorneys for Midland Funding, LLC and
> Midland Credit Management, Inc.
> 201 Townsend St., Suite 900
> Lansing, MI 48933
> (517) 374-9149
> tseitz@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

> */s/ Theodore W. Seitz*
> Theodore W. Seitz (P60320)
> Dykema Gossett PLLC
> Attorneys for Midland Funding, LLC and
> Midland Credit Management, Inc.
> 201 Townsend St., Suite 900
> Lansing, MI 48933
> (517) 374-9149
> tseitz@dykema.com

LAN01\194563.1
ID\TWS