IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING, LLC,

                Plaintiff,          Case No. 3:08 CV 1434

  -vs-

                                     O  R  D  E  R

ANDREA L. BRENT, et al.,

                Defendant.

KATZ, J.

The Court held a status conference in this matter on December 5, 2008.

The discovery deadline is extended to January 16, 2009. The dispositive motion deadline is extended to February 20, 2009 with three weeks for response and ten days for reply.

IT IS SO ORDERED.

                                                 s/ *David A. Katz*
                                              DAVID A. KATZ
                                              U. S. DISTRICT JUDGE