UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING, LLC

    Plaintiff/Counter-Defendant,          Case No. 3:08-cv-1434-DAK

v.                                             Hon. David A. Katz

ANDREA L. BRENT,

    Defendant/Third-Party
    Plaintiff/Counter-Claimant

v.

MIDLAND CREDIT MANAGEMENT, INC.

    Third-Party Defendant

---

| | |
|---|---|
| Brian C. Block<br>Melissa A. Hagar<br>Robert G. Knirsch<br>Javitch, Block & Rathbone<br>Attorneys for Midland Funding, LLC and<br>Midland Credit Management, Inc.<br>19th Floor<br>1100 Superior Avenue<br>Cleveland, OH 44114<br>(216) 687-1199<br>gknirsch@jbandr.com<br>mhagar@jbandr.com | Dennis E. Murray<br>Donna Jean Evans<br>Murray & Murray<br>Attorneys for Andrea L. Brent<br>111 East Shoreline Drive<br>Sandusky, OH 44870<br>(419) 624-3000<br>dms@murrayandmurray.com<br>dae@murrayandmurray.com |

Theodore W. Seitz
Dykema Gossett PLLC
Co-Counsel for Midland Funding, LLC and
Midland Credit Management, Inc.
201 Townsend St., Suite 900
Lansing, MI 48933
(517) 374-9149
tseitz@dykema.com

---

## STIPULATION AND ORDER CONCERNING NON-WAIVER OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS

Upon the stipulation of the parties, and their motion under Rule 502(d) of the Federal Rules of Evidence, the parties agree, and this Court hereby finds that:

Plaintiff Midland Funding, LLC ("Midland Funding") has brought a breach of contract/collection suit against Defendant Andrea Brent ("Brent"). Brent then brought a counter-claim and third-party claim alleging that Midland Funding and Midland Credit Management, Inc. ("MCM") violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA"). Defendant Brent recently amended her claims to add a cause of action under the Ohio Consumer Sales Practices Act ("OCSPA") § 1345 *et seq.* Midland Funding and MCM deny these claims in their entirety.

Brent now desires certain documents that may involve matters protected by the attorney-client privilege and work-product doctrine. Midland Funding and MCM are willing to allow the production of certain pre-lawsuit documents, *infra*, of their legal counsel Javitch, Block & Rathbone, regarding collection actions on Brent's credit card account at issue only as long as Brent agrees, and this Court orders, that such production of documents shall not be deemed a waiver of the attorney-client privilege, work-product doctrine or any other applicable privilege or protection with respect to the subject matter(s) of such communications. Among other provisions, Federal Rule of Evidence 502(d) provides that a federal court may order that the attorney-client privilege or work-product doctrine protection "is not waived by disclosure connected with the litigation pending before the court--in which event the disclosure is also not a waiver in any other Federal or State proceeding."

**IT IS THEREFORE STIPULATED, AGREED AND ORDERED AS FOLLOWS:**

1. Javitch, Block & Rathbone's ("JBR") "history notes" for the Brent file from December 13, 2007 until the commencement of this lawsuit in Ohio State Court, correspondence

2

between JBR and Brent, and JBR's compliance procedures with respect to Brent's allegations, if provided, shall not be deemed to waive, to the extent applicable, the attorney-client privilege or any other privilege or protection, including but not limited to the rights afforded by the attorney work-product doctrine. Further, except for the subject matters specifically listed above, there shall be no discovery on, and there shall be no waiver concerning, attorney-client communications concerning this or any other litigation.

SO STIPULATED.

| | |
|---|---|
| /s/ Robert G. Knirsch | /s/ Dennis E. Murray |
| Robert G. Knirsch | Dennis E. Murray |
| Javitch, Block & Rathbone | Donna Jean Evans |
| Attorneys for Midland Funding, LLC and Midland Credit Management, Inc. | Murray & Murray |
| 19th Floor | Attorneys for Andrea L. Brent |
| 1100 Superior Avenue | 111 East Shoreline Drive |
| Cleveland, OH 44114 | Sandusky, OH 44870 |
| (216) 687-1199 | (419) 624-3000 |
| gknirsch@jbandr.com | dae@murrayandmurray.com |

---

Theodore W. Seitz
Dykema Gossett PLLC
Co-Counsel for Midland Funding, LLC and
Midland Credit Management, Inc.
201 Townsend St., Suite 900
Lansing, MI 48933
(517) 374-9149
tseitz@dykema.com

**SO ORDERED:**

---