# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **MIDLAND FUNDING LLC** | Case No. 3:08-CV-1434 |
| Plaintiff, | |
| vs. | |
| | Judge David A. Katz |
| **ANDREA L. BRENT** | |
| Defendant and Third-Party Plaintiff | **MOTION TO EXCEED PAGE LIMITATION** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | |
| Third-Party Defendant | |

Pursuant to Local Rule 7.1(f), the page limit for a Memorandum in Support of a Motion for Summary Judgment would be twenty (20) pages. In this case, however, due to the complex nature of the issues and the need to address several claims of liability, Defendant/Third Party Plaintiff Andrea Brent, seeks leave to exceed that limitation.

Brent moves for leave to file a Memorandum in Support of Motion for Summary Judgment no longer than twenty-six (26) pages in length.

Respectfully submitted,

*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
E-Mail Address: dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
E-Mail Address: dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 E. Shoreline Drive
Sandusky, Ohio 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707
Attorneys for Defendant/Third-Party Plaintiff

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing **Motion to Exceed Page Limitation** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the Court's system on this 12th day of February, 2009.

> _/s/Dennis E. Murray, Sr._
> Dennis E. Murray, Sr., Esq. (0008783)
> Donna J. Evans, Esq. (0072306)
>
> Attorneys for Defendant/Third-Party Plaintiff