IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Midland Funding LLC, | ) | CASE NO.: 3:08-cv-01434 |
| Plaintiff, | ) ) | JUDGE: Katz |
| vs. | ) ) ) | **IT IS SO ORDERED** |
| Andrea Brent, | ) ) | |
| Defendant, | ) ) | /s/ David A. Katz |
| vs. | ) ) | David A. Katz, Senior Judge |
| Midland Credit Management, Inc. | ) ) | |
| Third-Party Defendant | ) ) | |

**Plaintiff and Third-Party Defendant's
Motion to Exceed Page Limitations**

Now comes Plaintiff Midland Funding LLC ("Midland"), and Third-Party Defendant Midland Credit Management, Inc. ("MCM"), by and through undersigned counsel, and pursuant to Local Rule of Civil Procedure 7.1(f), requests that this Court permit them to file a memorandum in support of their Motion for Summary Judgment which exceeds the twenty page limitation set forth by the local rules. Like Defendant, Midland and MCM will file a memorandum in support no longer than 26 pages in length. This request is being made for the followings reasons:

- Local Rule 7.1 sets a 20 page limitation for any memorandum in support of a dispositive motion, and prior approval to exceed such limitation for good cause.

- This is a complex case involving novel propositions of law, deserving of extended discussion.

- Midland and MCM will be filing a joint motion. As such, each party is inherently giving up the right to file its own motion, such that the actual motion filed is more logically sequenced,

1