IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **MIDLAND FUNDING LLC** | Case No. 3:08-CV-1434 |
| Plaintiff, | |
| vs. | |
| | Judge David A. Katz |
| **ANDREA L. BRENT** | |
| Defendant and Third-Party Plaintiff | **MOTION TO EXCEED PAGE LIMITATION** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | |
| Third-Party Defendant | |

Pursuant to Local Rule 7.1(f), the page limit for a Memorandum in Opposition to Midland Funding LLC and Midland Credit Management, Inc.'s Motion for Summary Judgment would be twenty (20) pages. In this case, however, due to the complex nature of the issues and the need to address several claims of liability, Defendant/Third Party Plaintiff Andrea Brent, seeks leave to exceed that limitation.

Brent moves for leave to file a Memorandum in Support of Motion for Summary Judgment no longer than twenty-five (25) pages in length.

Respectfully submitted,

/s/Dennis E. Murray, Sr.
Dennis E. Murray, Sr., Esq. (0008783)
E-Mail Address:  dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
E-Mail Address:  dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 E. Shoreline Drive
Sandusky, Ohio  44870
Telephone:  (419) 624-3000
Facsimile:   (419) 624-0707
Attorneys for Defendant/Third-Party Plaintiff