IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING, LLC,

                    Plaintiff,                Case No. 3:08 CV 1434

    -vs-

                                            O R D E R

ANDREA L. BRENT,

                    Defendant.

KATZ, J.

    Defendant's motion for class certification (Doc. No. 14) is denied with leave to refile after this Court's ruling on dispositive motions.

    IT IS SO ORDERED.

                                                      s/ *David A. Katz*
                                                     DAVID A. KATZ
                                                     U. S. DISTRICT JUDGE