IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING, LLC,

                Plaintiff,                Case No. 3:08 CV 1434

    -vs-

                                        O R D E R

ANDREA L. BRENT,

                Defendant.

KATZ, J.

     Status Conference held on 08/31/09. Defendant to file a response to Plaintiff's Motion for Reconsideration according to rule, and to file an amended complaint within 10 days. Besides these filings, the case is stayed pending mediation.

     IT IS SO ORDERED.

                                                  s/ *David A. Katz*
                                                  DAVID A. KATZ
                                                  U. S. DISTRICT JUDGE