## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **MIDLAND FUNDING LLC,** | Case No. 3:08-CV-1434 |
| Plaintiff/Counter-Defendant, | |
| vs. | Judge David A. Katz |
| **ANDREA L. BRENT, et al.** | **NOTICE OF MEDIATION STATUS** |
| Defendant/Counter Claimant | |

Andrea Brent, Defendant/Counter Claimant and putative class representative, hereby advises the court that mediation was conducted on Thursday, October 29, 2009, with Judge Richard McQuade.  The mediation was conducted, with diligence, on the part of everyone involved.  However, the mediation did not result in a settlement.

Midland has agreed to this notice to the Court that all parties intend to proceed on two fronts; (1) Plaintiffs will, forthwith, prepare and file with the court a supplemental memorandum in support of class certification based upon the second amended complaint, (2) at the same time, the parties will continue to attempt resolution through mediation with Judge McQuade.

Respectfully submitted,


*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
E-Mail Address:  dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
E-Mail Address:  dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 E. Shoreline Dr.
Sandusky, Ohio 44870
Telephone:  (419) 624-3000
Facsimile:    (419) 624-0707

Attorneys for Defendant/Counter Claimant


## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic system.  Parties may access the filing through the Court's system on this 30th day of October, 2009.


*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
Donna J. Evans, Esq. (0072306)

Attorneys for Defendant/Counter Claimant