IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING LLC,

                Plaintiff,                Case No. 3:08 CV 1434

  -vs-

                                            O  R  D  E  R

ANDREA L. BRENT,

                Defendant.

KATZ, J.

A status conference was held in this matter on November 9, 2009

This case is stayed pending mediation which is set for December 8, 2009.

IT IS SO ORDERED.

                                                      s/ *David A. Katz*
                                                    DAVID A. KATZ
                                                    U. S. DISTRICT JUDGE.