**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **MIDLAND FUNDING LLC,** | Case No. 3:08-CV-1434 |
| Plaintiff/Counter-Defendant, | Judge David A. Katz |
| vs. | |
| **ANDREA L. BRENT, et al.** | **NOTICE OF FAILURE OF SECOND MEDIATION AND REQUEST TO RETURN TO ACTIVE STATUS ON COURT'S DOCKET** |
| Defendant/Counter Claimant | |

Andrea Brent, Defendant/Counter Claimant and putative Class Representative, hereby advises the court that the second day mediation was conducted on Tuesday, December 8, 2009, with Judge Richard McQuade and it was completed unsuccessful again. Brent requests that the matter be returned to active status on the Court's Docket.

Respectfully submitted,

*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
E-Mail Address: dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
E-Mail Address: dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 E. Shoreline Dr.
Sandusky, Ohio 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707

Attorneys for Defendant/Counter Claimant

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the Court's system on this 8th day of December, 2009.

*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
Donna J. Evans, Esq. (0072306)

Attorneys for Defendant/Counter Claimant

2