### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **MIDLAND FUNDING LLC** | Case No. 3:08-CV-1434 |
| Plaintiff/Counterclaim Defendant, | |
| vs. | |
| | Judge David A. Katz |
| **ANDREA L. BRENT** | |
| Defendant/Counterclaim Plaintiff | **MOTION FOR LEAVE TO FILE THE THIRD AMENDED COUNTERCLAIM OF BRENT, DEFENDANT/COUNTERCLAIM PLAINTIFF *INSTANTER*** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | |
| Counterclaim Defendant | |

Andrea Brent, Defendant/Counterclaim Plaintiff, and as putative Class Representative, hereby moves for leave to file her Third Amended Counterclaim *Instanter* for the reason that counsel for Brent believes that the filing of the same is mandated by the underlying facts.

The Third Amended Counterclaim of Defendant/Counterclaim Plaintiff is attached.

                                                Respectfully submitted,

                                                */s/Dennis E. Murray, Sr.*
                                                Dennis E. Murray, Sr., Esq. (0008783)
                                                E-Mail Address: dms@murrayandmurray.com
                                                Donna J. Evans, Esq. (0072306)
                                                E-Mail Address: dae@murrayandmurray.com
                                                MURRAY & MURRAY CO., L.P.A.
                                                111 E. Shoreline Drive
                                                Sandusky, Ohio 44870

Telephone: (419) 624-3000
Facsimile: (419) 624-0707

Attorneys for Defendant/Counterclaim Plaintiff

### CERTIFICATION

This is to certify that a copy of the foregoing **Motion for Leave to File the Third Amended Counterclaim of Brent, Defendant/Counterclaim Plaintiff** *Instanter* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the Court's system on this 8th day of December, 2009.

/s/Dennis E. Murray, Sr.
Dennis E. Murray, Sr., Esq. (0008783)
Donna J. Evans, Esq. (0072306)

Attorneys for Defendant/Counterclaim Plaintiff

2