IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING, LLC,

                Plaintiff,                Case No. 3:08 CV 1434

-vs-

                                            O R D E R

ANDREA L. BRENT,

                Defendant.

KATZ, J.

      A telephonic status conference was held in this matter on December 15, 2009. The stay imposed November 16, 2009 is lifted.

      Plaintiff/Counterclaim-Defendant will have until December 28, 2009, to file a response to Defendant/Counterclaim-Plaintiff's motion for leave to file a third amended complaint.

      The pending motion for class certification (Doc. 14) is denied as moot. Defendant/Counterclaim-Plaintiff will have until January 29, 2010, to file a new motion for class certification.

      The discovery deadline is extended to April 30, 2010. The deadline for filing of dispositive motions is extended to May 26, 2010, with three (3) weeks for response and two (2) weeks for reply. Cross-motions may be filed along with the Defendant/Counterclaim-Plaintiff's response.

      IT IS SO ORDERED.

                                                          s/ *David A. Katz*
                                                           DAVID A. KATZ
                                                           U. S. DISTRICT JUDGE