IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Midland Funding, LLC, | ) | CASE NO.: 3:08-cv-01434 |
| | ) | |
| Plaintiff, | ) | HON. DAVID A. KATZ |
| | ) | |
| vs. | ) | |
| | ) | MOTION GRANTED. |
| Andrea Brent, | ) | IT IS SO ORDERED. |
| | ) | |
| Defendant, | ) | s/ *David A. Katz* |
| | ) | U. S. DISTRICT JUDGE |
| vs. | ) | |
| | ) | December 29, 2009 |
| Midland Credit Management, Inc., | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |
| | ) | |

**MIDLAND FUNDING, LLC AND MIDLAND CREDIT MANAGEMENT, INC.'S
MOTION TO EXCEED PAGE LIMITATIONS**

Now comes Plaintiff Midland Funding LLC ("Midland"), and Third-Party Defendant Midland Credit Management, Inc. ("MCM"), by and through undersigned counsel, and pursuant to Local Rule of Civil Procedure 7.1(f), requests that this Court permit them to file a memorandum in Opposition To Brent's Motion To File A Third-Amended Counterclaim which exceeds the fifteen page limitation set forth by the local rules. Midland and MCM will file a memorandum in support no longer than 20 pages in length. This request is being made for the followings reasons:

- Local Rule 7.1 sets a 15 page limitation for any memorandum in support of a non-dispositive motion, and prior approval to exceed such limitation for good cause.

1