IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **MIDLAND FUNDING LLC** | Case No. 3:08-CV-1434 |
| Plaintiff/Counterclaim Defendant, | |
| vs. | |
| **ANDREA L. BRENT** | Judge David A. Katz |
| Defendant/Counterclaim Plaintiff | **UNOPPOSED MOTION TO EXTEND REPLY DEADLINE** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | |
| Counterclaim Defendant | |

Defendant, Andrea Brent, hereby moves this Court for an Order extending the deadline for the submission of her Reply to Midland Funding LLC and Midland Credit Management, Inc.'s Opposition to Brent's Motion for Leave to File a Third Amended Counterclaim. Midland's Opposition was filed electronically with this Court on December 28, 2009. Pursuant to Loc. R. 7.1(e) Brent's Reply in Support of her motion should be filed by January 11, 2010.

Due to the complex nature of the issues raised in Midland's Opposition brief and the extraordinary press of business at this point in time, additional time is required to prepare an appropriate Reply for this Court's consideration. Brent requests an additional twenty-one day extension of time in which to respond, until on or before February 1, 2010.