**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **MIDLAND FUNDING LLC** | Case No. 3:08-CV-1434 |
|     Plaintiff/Counterclaim Defendant, | |
| vs. | |
| **ANDREA L. BRENT** | Judge David A. Katz |
|     Defendant/Counterclaim Plaintiff | **MOTION TO EXCEED PAGE LIMITATION** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | |
|     Counterclaim Defendant | |

Pursuant to Local Rule 7.1(f), the page limit for a Motion for Class Certification would be fifteen (15) pages. In this case, however, due to the complex nature of the issues to be addressed, Defendant/Counterclaim Plaintiff Andrea Brent, seeks leave to exceed that limitation.

Brent moves for leave to file a Motion for Class Certification no longer than twenty-five (25) pages in length.

                                              Respectfully submitted,

                                              */s/Dennis E. Murray, Sr.*
                                              Dennis E. Murray, Sr., Esq. (0008783)
                                              E-Mail Address: dms@murrayandmurray.com
                                              Donna J. Evans, Esq. (0072306)
                                              E-Mail Address: dae@murrayandmurray.com
                                              MURRAY & MURRAY CO., L.P.A.
                                              111 E. Shoreline Drive
                                              Sandusky, Ohio 44870
                                              Telephone: (419) 624-3000
                                              Facsimile: (419) 624-0707
                                              Attorneys for Defendant/Counterclaim Plaintiff

2

**CERTIFICATION**

This is to certify that a copy of the foregoing **Motion to Exceed Page Limitation** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the Court's system on this 23rd day of March, 2010.

> */s/Dennis E. Murray, Sr.*
> Dennis E. Murray, Sr., Esq. (0008783)
> Donna J. Evans, Esq. (0072306)
>
> Attorneys for Defendant/Counterclaim Plaintiff