**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Midland Funding LLC, | ) | |
| | ) | |
|     Plaintiff/Counterclaim Defendant, | ) | CASE NO.: 3:08-cv-01434 |
| | ) | |
| vs. | ) | HON. DAVID A. KATZ |
| | ) | |
| Andrea Brent, | ) | |
| | ) | |
|     Defendant/Counterclaimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Midland Credit Management, Inc., | ) | |
| | ) | |
|     Counterclaim-Defendant. | ) | |
| | ) | |

**PLAINTIFF MIDLAND FUNDING LLC AND THIRD-PARTY DEFENDANT
MIDLAND CREDIT MANAGEMENT, INC.'S JOINT MOTION FOR SUMMARY
JUDGMENT AS TO COUNTERCLAIMANT BRENT'S
CLAIM FOR ACTUAL DAMAGES**

Now comes Plaintiff, Midland Funding, LLC ("Midland"), and Third-Party Defendant, Midland Credit Management, Inc ("MCM"), by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 56, hereby jointly move this honorable Court for summary judgment as to counterclaimant Brent's claim for actual damages for the reasons that there are no genuine issues of material fact, movants are entitled to judgment as a matter of law, and reasonable minds could reach but one conclusion which is adverse to Brent.

A brief in support is attached hereto, and incorporated herein, as if filing rewritten.

Respectfully Submitted:

Dated: May 26, 2010

By: *Theodore W. Seitz*
Theodore W. Seitz
Dykema Gossett PLLC
201 Townsend St., Suite 900
Lansing, MI 48933
(517) 374-9149
tseitz@dykema.com

R. Glenn Knirsch, SCR#0080770
Javitch, Block, & Rathbone LLP
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
(216) 623-0000 ex. 3088
gknirsch@jbandr.com

Attorneys for Counterclaim Defendants
Midland Funding, LLC, and Midland Credit
Management, Inc.

## PROOF OF SERVICE

I hereby certify that on May 26, 2010 a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to parties by operation of the court's electronic filing system.

*/s/ Theodore W. Seitz*
Theodore W. Seitz