

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **MIDLAND FUNDING LLC** | Case No. 3:08-CV-1434 |
| Plaintiff, | |
| vs. | Judge David A. Katz |
| **ANDREA L. BRENT** | |
| Defendant and Third-Party Plaintiff | **DEFENDANT/THIRD-PARTY PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | |
| Third-Party Defendant. | |

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, the Defendant/Third-Party Plaintiff hereby makes the following initial disclosures:

**A.** **Persons likely to have Discoverable Information relevant to Disputed Facts Alleged in Pleadings**

The Defendant/Third-Party Plaintiff believes that many of the Defendants' employees have important information relevant to disputed facts alleged in the Pleadings. However, the identity of these persons likely to have discoverable information relevant to disputed facts is still in the exclusive possession of the Defendant. At this time, in addition to herself, Defendant/Third-Party Plaintiff knows the names and addresses of the following individuals with knowledge of the disputed facts relevant to the claims asserted in this litigation:

1. IVAN JIMENEZ – Employee of Midland Credit Management, Inc.
   16 McLeland Road, Suite 101
   St. Cloud, Minnesota 56303

2. JON M. SCHWARDENTRAUB – Significant Other
   3902 Donair Drive
   Sandusky, OH  44870

**B.      Documents Relevant to Disputed Facts Alleged In Pleadings.**

Defendant/Third-Party Plaintiff has no relevant documents in her possession.

**C.      Nature and Extent of Damages**

Defendant/Third-Party Plaintiff is requesting compensatory damages for any personal expenses/damages incurred, statutory damages, attorney fees and costs.

Respectfully submitted,

Dennis E. Murray, Sr., Esq. (0008783)
E-Mail Address:  dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
E-Mail Address:  dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 E. Shoreline Drive
Sandusky, Ohio  44870
Telephone:  (419) 624-3000
Facsimile:   (419) 624-0707

Attorneys for Defendant/Third-Party Plaintiff

2

## CERTIFICATE OF SERVICE

A copy of the foregoing **Defendant/Third Party Plaintiff's Rule 26(a)(1) Initial**

**Disclosures** was forwarded by first-class mail to the following:

R. Glenn Knirsch
Brian C. Block
Javitch, Block & Rathbone LLP
1100 Superior Ave, 19th Floor
Cleveland, Ohio 44114-2518

Attorneys for Plaintiff

This _14th_ day of August, 2008.

Dennis E. Murray, Sr. (0008783)
Donna J. Evans, Esq. (0072306)

Attorneys for Defendant/Third Party Plaintiff

3