# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **MIDLAND FUNDING LLC** | Case No. 3:08-CV-1434 |
| Plaintiff/Counterclaim Defendant, vs. | |
| **ANDREA L. BRENT** | Judge David A. Katz |
| Defendant/Counterclaim Plaintiff vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | |
| Counterclaim Defendant | |

## STATUS REPORT OF MEDIATION

At the request of Midland and its attorneys, the parties engaged in four separate mediations over approximately eleven months. The mediations, even with the assistance of Judge Richard McQuade, were unsuccessful.

Plaintiffs respectfully ask that the Court reach decision on the motion for class certification which has been fully briefed and are decisional.

Respectfully submitted,


*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
E-Mail Address:  dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
E-Mail Address:  dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 E. Shoreline Drive
Sandusky, Ohio  44870
Telephone:  (419) 624-3000
Facsimile:    (419) 624-0707
Attorneys for Defendant/Counterclaim Plaintiff

## **CERTIFICATION**

This is to certify that a copy of the foregoing **Status Report of Mediation** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the Court's system on this 10th day of September, 2010.

*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
Donna J. Evans, Esq. (0072306)
Attorneys for Defendant/Counterclaim Plaintiff