**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **MIDLAND FUNDING LLC**         Plaintiff/Counterclaim Defendant, vs.  **ANDREA L. BRENT**         Defendant/Counterclaim  Plaintiff vs. **MIDLAND CREDIT MANAGEMENT, INC.**         Counterclaim Defendant | Case No. 3:08-CV-1434  Judge David A. Katz |

**MOTION FOR CONSIDERATION OF CLASS ACTION PROCEEDINGS**

The parties have unsuccessfully attempted to mediate.  Mediation has been terminated with no resolution, despite four separate attempts over a one year period. Andrea Brent moves this Court to consider the class certification motions that are decisional.

Brent has filed a Motion for Class Certification (Dkt. #76, 3/24/10).  Midland filed its response (Dkt. #84, 4/26/10) and Brent has filed her reply (Dkt. #87, 5/10/10). This motion is now fully briefed.

Also pending is a Motion for Leave to File Sur-Reply in Opposition to Midland's Motion for Summary Judgment for Brent's Actual Damages (Dkt. #97), filed by Brent on July 29, 2010.  That motion, without dispute from Midland, would not prevent class action determination.

In accordance to the Court's recommendation during Monday's conference call, Brent asks that this Court now consider these pending motions.

Respectfully submitted,

*/s/Dennis E. Murray, Sr.*
Dennis E. Murray, Sr., Esq. (0008783)
E-Mail Address: dms@murrayandmurray.com
Donna J. Evans, Esq. (0072306)
E-Mail Address: dae@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 E. Shoreline Drive
Sandusky, Ohio 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707
Attorneys for Defendant/Counterclaim Plaintiff

## **CERTIFICATION**

This is to certify that a copy of the foregoing **Motion for Consideration** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the Court's system on this ___ day of September, 2010.

                                      */s/Dennis E. Murray, Sr.*
                                      Dennis E. Murray, Sr., Esq. (0008783)
                                      Donna J. Evans, Esq. (0072306)
                                      Attorneys for Defendant/Counterclaim Plaintiff