Motion granted. Counsel to file sur-reply forthwith.

IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MIDLAND FUNDING LLC | Case No. 3:08-CV-1434 |
| Plaintiff/Counterclaim Defendant, | |
| vs. | |
| | Judge David A. Katz |
| ANDREA L. BRENT | |
| Defendant/Counterclaim Plaintiff | |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC. | |
| Counterclaim Defendant | |

**COUNTERCLAIMANT BRENT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MIDLAND'S MOTION FOR SUMMARY JUDGMENT FOR ACTUAL DAMAGES *INSTANTER***

Defendant/Counterclaimant, Andrea Brent respectfully moves this Court to enter an order granting her leave to file a sur-reply memorandum in opposition to Midland Funding, LLC and Midland Credit Management, Inc.'s motion for summary judgment as to Brent's claim for actual damages.

Brent believes that a sur-reply memorandum is necessary to answer a false statement made by Midland in its Reply memorandum. Brent stands on her arguments contained in her previously filed Memorandum in Opposition and will limit this sur-reply to this one narrow issue.

The proposed sur-reply memorandum is attached as Exhibit 1.

1