IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING, LLC,

                Plaintiff,                Case No. 3:08 CV 1434

   -vs-

                                       JUDGMENT ENTRY

ANDREA BRENT,

                Defendant.

KATZ, J.

    For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Brent's motion for class certification (Doc. 76) is granted in part and denied in part, as follows: the Court grants certification of Class 1, but denies certification of Class 2.

    FURTHER ORDERED that Midland and MCM's motion for partial summary judgment as to Brent's claim for actual damages (Doc. 88) is granted.

                                                    S/ *David A. Katz*
                                                   DAVID A. KATZ
                                                   U. S. DISTRICT JUDGE