IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING, LLC,

                Plaintiff,                Case No. 3:08 CV 1434

   -vs-

                                            O R D E R

ANDREA L. BRENT,

                Defendant.

KATZ, J.

    A telephonic status conference in this matter was held on December 21, 2010. A further phone status is set for December 30, 2010, at 9:00 AM.

    IT IS SO ORDERED.

                                                   S/ *David A. Katz*
                                                 DAVID A. KATZ
                                                 U. S. DISTRICT JUDGE