IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

MIDLAND FUNDING LLC,

                Plaintiff,                Case No. 3:08 CV 1434

   -vs-

                                      O R D E R

ANDREA L. BRENT,

                Defendant.

KATZ, J.

     A telephonic conference was held in this matter on March 23, 2011.

     Motions for relief from the injunctive orders of this Court (Docs. 110 & 111) with respect to actions pending in the Eastern District of Virginia shall be filed no later than March 28, 2010. Responses to said motions shall be filed by April 1, 2011. Oral argument on said motions shall be held via video conference on April 6, 2011 at 10:00 AM

     IT IS SO ORDERED.

                                                S/ *David A. Katz*
                                              DAVID A. KATZ
                                              U. S. DISTRICT JUDGE