\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Midland Funding, LLC, | : | Case No. 3:09CV2248 |
| --- | --- | --- |
| Plaintiff/Counter Defendant, | : | **ENTRY OF APPEARANCE** |
| vs. | : | HON. DAVID A. KATZ |
| Andrea Brent, | : | |
| Defendant/Counterclaimant, | : | |
| vs. | : | |
| Midland Credit Management, Inc., | : | |
| Counterclaim Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Reginald S. Jackson, Jr. and Adam S. Nightingale, of the law firm of Connelly, Jackson & Collier LLP, hereby enter their appearance on behalf of Ann Rubio and Gilbert James in the above-captioned matter. Counsel are entering their appearance for the special and limited purpose of challenging personal jurisdiction and seeking relief from the Court's preliminary injunction. Ms. Rubio and Mr. James do not consent or acquiesce to the jurisdiction of this Court, and their limited appearance should not be construed to do so.

Respectfully submitted,

By /s/ Reginald S. Jackson, Jr.
Reginald S. Jackson, Jr. (0003558)
E-Mail: rjackson@cjc-law.com
By /s/ Adam S. Nightingale
Adam S. Nightingale (0079095)
E-Mail: anightingale@cjc-law.com

          CONNELLY, JACKSON & COLLIER LLP
          405 Madison Avenue, Suite 1600
          Toledo, Ohio 43604
          Telephone:  (419) 243-2100
          Facsimile:   (419) 243-7119
          *Counsel for Ann Rubio and Gilbert James*

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been filed electronically this 28th day of March, 2011.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

          By  /s/ Reginald S. Jackson, Jr.
          *Counsel for Ann Rubio and Gilbert James*