\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Midland Funding, LLC, | : | Case No. 3:09CV2248 |
| Plaintiff/Counter Defendant, | : | **MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |
| vs. | : | |
| | | HON. DAVID A. KATZ |
| Andrea Brent, | : | |
| Defendant/Counterclaimant, | : | |
| vs. | : | |
| Midland Credit Management, Inc., | : | |
| Counterclaim Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ann Rubio and Gilbert James move the Court for leave to exceed the page limits applicable to its motion for relief from the Court's preliminary injunction (Doc. No. 110).

While counsel has endeavored to craft a brief that is within the Court's page limitations (15 pages for non-dispositive motions), additional pages are necessary for a full and complete argument. As the Court is well aware, this matter is wrought with complex issues deserving of

full consideration.  Accordingly, Ann Rubio and Gilbert James respectfully request leave to exceed the page limits imposed by the local rules.

        By   /s/ Reginald S. Jackson, Jr.
           Reginald S. Jackson, Jr. (0003558)
           E-Mail: rjackson@cjc-law.com
           Adam S. Nightingale (0079095)
           E-Mail: anightingale@cjc-law.com
           CONNELLY, JACKSON & COLLIER LLP
           405 Madison Avenue, Suite 1600
           Toledo, Ohio 43604
           Telephone:  (419) 243-2100
           Facsimile:   (419) 243-7119

           and

           Leonard A. Bennett, VSB # 37523
           (pending admission *pro hac vice*)
           E-Mail: lenbennett@clalegal.com
           Consumer Litigation Associates, P.C.
           12515 Warwick Boulevard, Suite 100
           Newport News, VA 23606
           (757) 930-3660
           (757) 930-3662 facsimile

           and

           Matthew J. Erausquin, VSB # 65434
           (pending admission *pro hac vice*)
           E-Mail: matt@clalegal.com
           Consumer Litigation Associates, P.C.
           1800 Diagonal Road, Suite 600
           Alexandria, VA 22314
           (703) 273-7770
           (888) 892-3512 facsimile

           *Counsel for Ann Rubio and Gilbert James*

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been filed electronically this 28th day of March, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By /s/ Reginald S. Jackson, Jr.
*Counsel for Ann Rubio and Gilbert James*