\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Midland Funding, LLC, | : | Case No. 3:09CV2248 |
| Plaintiff/Counter Defendant, | : | **ENTRY OF APPEARANCE** |
| vs. | : | HON. DAVID A. KATZ |
| Andrea Brent, | : | |
| Defendant/Counterclaimant, | : | |
| vs. | : | |
| Midland Credit Management, Inc., | : | |
| Counterclaim Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Reginald S. Jackson, Jr. and Adam S. Nightingale, of the law firm of Connelly, Jackson & Collier LLP, hereby enter their appearance on behalf of Intervenor Ladon Herring in the above-captioned case.

By  /s/ Reginald S. Jackson, Jr.
Reginald S. Jackson, Jr. (0003558)
E-Mail: rjackson@cjc-law.com
By  /s/ Adam S. Nightingale
Adam S. Nightingale (0079095)
E-Mail: anightingale@cjc-law.com
CONNELLY, JACKSON & COLLIER LLP
405 Madison Avenue, Suite 1600
Toledo, Ohio 43604
Telephone:  (419) 243-2100
Facsimile:   (419) 243-7119
*Counsel for Intervenor Ladon Herring*

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been filed electronically this 28th day of March, 2011.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By  /s/ Reginald S. Jackson, Jr.
*Counsel for Intervenor Ladon Herring*