IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Midland Funding LLC, ) | |
| ) | |
| Plaintiff/Counter Defendant, ) | CASE NO.: 3:08-cv-~~01535~~ |
| ) | 01434 |
| vs. ) | HON. DAVID A. KATZ |
| ) | |
| Andrea Brent, ) | **And Related Cases:** |
| ) | Case No. 3:11-cv-0096 |
| Defendant/Counterclaimant ) | Case No. 3:10-cv-0091 |
| ) | |
| vs. ) | |
| ) | |
| Midland Credit Management, Inc., ) | |
| ) | |
| Counterclaim Defendant ) | |
| ) | |

## ORDER GRANTING MOTION FOR CLARIFICATION

This matter coming before the Court on the State of Minnesota's Motion for Clarification, and the Court being fully advised in the premises:

THE COURT FINDS that the State of Minnesota seeks to exercise its sovereign civil enforcement and regulatory power through an enforcement action against Midland Funding, LLC and Midland Credit Management, Inc. (collectively "Defendants") in Minnesota State Court. State will proceed in its sovereign capacity as the real party in interest seeking to have

Defendants held in contempt for their interference with the fair and orderly administration of justice in Minnesota's courts, and is also seeking to obtain civil penalties and injunctive relief against Defendants for alleged violations of Minnesota's Collection Agency Act.

The State requests clarification that the Court's Order Granting Preliminary Injunction Against Parallel Litigation does not apply to its intended lawsuit.

Therefore, based on the record, including the legal and factual support offered by the State of Minnesota, this Court finds it appropriate to clarify the Order Granting Preliminary Injunction Against Parallel Litigation.

THE COURT HEREBY ORDERS: The Court's Order Granting Preliminary Injunction Against Parallel Litigation does not enjoin the State of Minnesota from exercising its sovereign civil enforcement and regulatory power through an enforcement action against Midland Funding, LLC and Midland Credit Management, Inc. (collectively "Defendants") in Minnesota State Court for alleged violations of Minnesota law.

DATE:_____          ENTER:_____
                                       The Honorable David A. Katz

AG: #2791213-v1