FILED

2011 MAR 28 AM 9:50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Midland Funding LLC, | ) |
| | ) |
| Plaintiff/Counter Defendant, | ) CASE NO.: 3:08-cv-~~01535~~ |
| | ) 01434 |
| vs. | ) HON. DAVID A. KATZ |
| | ) |
| Andrea Brent, | ) **And Related Cases:** |
| | ) Case No. 3:11-cv-0096 |
| Defendant/Counterclaimant | ) Case No. 3:10-cv-0091 |
| | ) |
| vs. | ) AFFIDAVIT OF SERVICE |
| | ) BY U.S. MAIL |
| Midland Credit Management, Inc., | ) |
| | ) |
| Counterclaim Defendant | ) |
| | ) |

STATE OF OHIO      )
                    ) ss.
COUNTY OF _Lucas_   )

     _SEAN SCHARER_    , being first duly sworn, deposes and says:

     That at the City of _Toledo_ , County of _Lucas_ and State of Ohio, on

March _28_ , 2011, s/he caused to be served the attached documents:

     Motion of the State of Minnesota for Admission *Pro Hac Vice* of David Cullen;
     Affidavit of David Cullen in Support of Motion for Admission *Pro Hac Vice*;
     Proposed Order for Admission *Pro Hac Vice*;

Motion for Clarification of Order Granting Preliminary Injunction Against Parallel Litigation;

Memorandum in Support of Motion for Clarification of Order Granting Preliminary Injunction Against Parallel Litigation; and

Proposed Order Granting Motion for Clarification,

by depositing the same in the United States mail at said city and state, true and correct copies

thereof, properly enveloped with prepaid first class postage, and addressed to:

| | |
|---|---|
| Brian C. Block<br>Melissa A. Hager<br>Robert G. Knirsch<br>Javitch, Block & Rathbone - Cleveland<br>19th Floor<br>1100 Superior Avenue<br>Cleveland, OH 44114 | Theodore W. Seitz<br>Dykema Gossett<br>Suite 900<br>201 Townsend Street<br>Lansing, MI 48933 |
| Dennis E. Murray, Sr.<br>Donna Jean A. Evans<br>Murray & Murray<br>111 East Shoreline Drive<br>Sandusky, OH 44870 | |

SIGNATURE OF:

Subscribed and sworn to before me on March 28, 2011.

NOTARY PUBLIC

KIMBERLY L. COOK
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 10-20-2014

AG: #2792898-v1