Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

CLAIM FORM

FOR CLAIM USE ONLY

| 1 2 3 4 5 6 7 8 9 + - 000

*Jennifer Brentz*

**I.  INSTRUCTIONS**

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____ to the following address:

Midland Settlement Administrator

**II.  CLAIMANT INFORMATION**

Please fill in the following information and sign below.

Name of Claimant: _____
                    Last              First              Middle Initial

B.  Claimant's Address: _____
                          Street        State        Zip Code

C.  Claimant's Day Time Phone Number: (___) ___ - ____

**III.  ELECTION CONCERNING PARTICIPATION**

Please check one of the following elections related to this lawsuit:

[X] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[X] I do not want to be included in the class.

Dated: 3/22/11

By: _____
    Signature

*Jennifer Brentz*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT...

7. FOR OFFICIAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 000
* 1 2 3 4 5 6 7 8 9 *

*Darlene Reese*

---

### I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than _____, to the following address:**

Midland Settlement Administrator

---

### II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
                         Last                              First                   Middle Initial

B.  Claimant's Address: _____
                         Street                            State                   Zip Code

C.  Claimant's Day Time Phone Number: (_ _ _)_ _ _-_ _ _ _

---

### III.    ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐   I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗   I do **not** want to be included in the class.

Dated: _ _ /_ _ /_ _ _ _          By: _____

                                  Signature        *Darlene Reese*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

☐ ‖‖‖‖‖‖‖‖‖‖‖ * M I D L * 
☐ ‖‖‖‖‖‖‖‖‖‖‖ * 1 - 1 * ☐

US A - 0262450000010 - 484177 v1

2

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

‖ 1 2 3 4 5 6 7 8 9 ‖ - 000

# Sandra Morrow

## I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no** later than _____, to the following address:

Midland Settlement Administrator

## II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: SANDRA MORROW PARO
   Last                          First              Middle Initial

B. Claimant's Address: 78 HURST FERRY RD    FRONT ROYAL VA 22630
   Street                      State              Zip Code

C. Claimant's Day Time Phone Number: 804 283 5208

## III.    ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☒ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☐ I do **not** want to be included in the class.

Dated: 3-09-11          By:

                                   Signature    Sandra Paro

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

☐ * M I D L *                    * 1 - 1 * ☐

WLA - 036745/000010 - 484177 v1

**3**

PageID #: 1810
FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

### CLAIM FORM



# Monica Tanner

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant:_____
        Last                                          First                        Middle Initial

B.  Claimant's Address: _____
        Street                                      State                        Zip Code

C.  Claimant's Day Time Phone Number: (___)___-_____

## III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☑  I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒  I do not want to be included in the class.

Dated: 3/18/11                    By: _____

                                        Signature _____

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDL*                                        *1-1*

WLA - 036745/000010 - 484177 v1

4

FOR OPTICAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

* 1 2 3 4 5 6 7 8 9 * - 000



Tomeha Nixon

### I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than _____, to the following address:**

Midland Settlement Administrator

### II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                Last                   First           Middle Initial

B. Claimant's Address: _____
                 Street          State       Zip Code

C.  Claimant's Day Time Phone Number: (___)___-____

### III.  ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☑  I want to be included in the class action and receive any recovery to which class members are entitled.  I confirm that Midland filed a lawsuit against me.

☒  I do **not** want to be included in the class.

Dated: 03.22.2011         By: _____

                     Signature        Tomeha S. Nixon

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

* M I D L *                           * 1 - 1 *

WLA - 035745/000030 - 484177 v1

FOR OFFICIAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



*123456789* - 000

## Jackie Gilliam

## I.   INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.   CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
               Last                                    First                        Middle Initial

B.  Claimant's Address: _____
               Street                                 State                      Zip Code

C.  Claimant's Day Time Phone Number: (___)____-____

## III.   ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☑  I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗  I do not want to be included in the class.

Dated: 03/24/2011          By:

                              Signature          _Jackie C. Gilliam_

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDL*                                              *1-1*

WALA - 036745/000010 - 434177 v1

7 - PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



* 1 2 3 4 5 6 7 8 9 * - 000

## Michele Banks

| I. | **INSTRUCTIONS** |

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

| II. | **CLAIMANT INFORMATION** |

Please fill in the following information and sign below.

A. Name of Claimant: _____
                     Last                         First              Middle Initial

B. Claimant's Address: _____
                      Street                      State            Zip Code

C. Claimant's Day Time Phone Number: ( ___ ) ___ - ____

| III. | **ELECTION CONCERNING PARTICIPATION** |

Please check **one** of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗    I do **not** want to be included in the class.

Dated: 3.22.11            By: _____

                              Signature     *Michele Banks*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

☐ * M I D L *                       * 1 - 1 * ☐

WLA - 035745/000010 - 484177 v1

FOR OFFICIAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM


* 1 . 2 . 3 4 5 6 . 7 8 9 * - 000

# John Sloan

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
            Last                     First          Middle Initial

B. Claimant's Address: _____
            Street                   State         Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

## III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled.  I confirm that Midland filed a lawsuit against me.

✗    I do not want to be included in the class.

Dated: 3/21/11          By:

                        Signature          _John Sl_____

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

* M I D L *                      * 1 - 1 *

WLA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

**Terri Sloan**

## I.   INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

## II.   CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
                    Last                                First            Middle Initial

B.  Claimant's Address: _____
                     Street                            State           Zip Code

C.  Claimant's Day Time Phone Number: (__ __)____-____

## III.   ELECTION CONCERNING PARTICIPATION

Please check <u>one</u> of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled.  I confirm that Midland filed a lawsuit against me.

☒    I do <u>not</u> want to be included in the class.

Dated: **3/21/11**             By: _____

                                 Signature     *Terri Sloan*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*M I D L*                                        *1 - 1*

WLA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY

PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

* 1 2 3 4 5 6 7 8 9 * - 000

*Crystal Ludwig*

### I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a
distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant:_____
                  Last                           First                   Middle Initial

B.  Claimant's Address: _____
                    Street                          State                  Zip Code

C.  Claimant's Day Time Phone Number: (___)_____-_____

### III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐      I want to be included in the class action and receive any recovery to which class members are entitled.  I
       confirm that Midland filed a lawsuit against me.

✗      I do not want to be included in the class.

Dated: 3 21, 2011          By:

                                    Signature

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT
PERMITTED TO ANSWER YOUR QUESTIONS.**

* M I D L *

* 1 - 1 *

WLA - 036745/000010 - 484177 v1

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

* 1 2 3 4 5 6 7 8 9 * - 000

# Carl Dority

## I.   INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

## II.   CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
                              Last                          First                    Middle Initial

B.  Claimant's Address: _____
                              Street                        State                    Zip Code

C.  Claimant's Day Time Phone Number: (___)___-____

## III.   ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗     I do **not** want to be included in the class.

Dated: 3-20-14          By: CARL R. DORITY JR _____
                                           Signature

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

* M I D L *          * 1 - 1 *

WLA - 036745/000010 - 494177 v1

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

 - 000

# Charles Mattox

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
          Last                      First          Middle Initial

B.  Claimant's Address: _____
          Street                  State         Zip Code

C.  Claimant's Day Time Phone Number:  (___)___-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗     I do not want to be included in the class.

Dated: 3/12/2011              By:

                                   Signature         Charles Mattox

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

☐ *M I D L*                *1 - 1* ☐

WLA - 036745/000010 - 484177 v1

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

**Kermit Chiles**

### I.   INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____ , to the following address:

Midland Settlement Administrator

### II.   CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
Last                           First                      Middle Initial

B.  Claimant's Address: _____
Street                          State                   Zip Code

C.  Claimant's Day Time Phone Number: (___)___-____

### III.   ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐   I want to be included in the class action and receive any recovery to which class members are entitled.  I confirm that Midland filed a lawsuit against me.

☒   I do not want to be included in the class.

Dated: 3/21/11          By: _____

Signature          **Kermit Chiles**

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

* M I D L *          * 1 - 1 *

WLA - 036745/000010 - 484177 v1

**13**

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

 - 000

# Susan Chandler

## I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

## II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                                Last                                    First                        Middle Initial

B. Claimant's Address: _____
                                Street                                State                    Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

## III.    ELECTION CONCERNING PARTICIPATION

Please check <u>one</u> of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗    I do <u>not</u> want to be included in the class.

Dated: 03/21/2011                    By: _____

                                          Signature    *Susan Chandler*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

\* M I D L \*                                                                \* 1 - 1 \*

WLA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

* 1 2 3 4 5 6 7 8 9 * - 000

# Artiller Bailey

## I.   INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.   CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
Last                              First                         Middle Initial

B.  Claimant's Address: _____
Street                           State                         Zip Code

C.  Claimant's Day Time Phone Number:  (___) ___-____

## III.   ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled.  I
       confirm that Midland filed a lawsuit against me.

✘     I do not want to be included in the class.

Dated: 3-11-11        By:

Signature    _Artillars Bailey_

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT
PERMITTED TO ANSWER YOUR QUESTIONS.

* M I D L *                    * 1 - 1 *

WLA - 036745/000010 - 484177 v1

**15**

7. PageID # 1810
FOR OPTICAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

||||||| -000
* 1 2 3 4 5 6 7 8 9 *

Rodney Morton

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                              Last                              First              Middle Initial

B. Claimant's Address: _____
                              Street                          State              Zip Code

C. Claimant's Day Time Phone Number: (___)____-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗     I do not want to be included in the class.

Dated: 3 /22/ 201       By: _____

                              Signature     Rodney Morton

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

* M I D L *            * 1 - 1 *

WLA - 036745/000010 - 484177 v1

**16**

PageID # 1810
FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



# Julia McEachin

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED** no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                     Last                          First                 Middle Initial

B. Claimant's Address: _____
                       Street                       State                 Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗     I do **not** want to be included in the class.

Dated: 3-20-2011          By: _____

                               Signature  Julia McEachin

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

WLA - 036745/000010 - 484177 v1

**17**

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



*Joyce Vick*

### I.   INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

### II.   CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
       Last                                    First                         Middle Initial

B.  Claimant's Address: _____
       Street                                  State                        Zip Code

C.  Claimant's Day Time Phone Number:  (___)___-____

### III.   ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled.  I confirm that Midland filed a lawsuit against me.

✗     I do **not** want to be included in the class.

Dated: 3 /21/2011           By: _____
                                         Signature     *Joyce Vick*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

☐  *M I D L *                       *1 - 1 *  ☐

WALA – 036745/000010 – 484177 v1

**18**

PageID # 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 000
* 1 2 3 4 5 6 7 8 9 *

*Sherry Brown*

## I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
                        Last                              First                    Middle Initial

B.  Claimant's Address: _____
                        Street                            State                    Zip Code

C.  Claimant's Day Time Phone Number: (___)____-_____

## III.    ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled. I
     confirm that Midland filed a lawsuit against me.

☒    I do not want to be included in the class.

Dated: *3, 21, 2011*          By: _____

                                        *Sherry Brown*
                                  Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT
PERMITTED TO ANSWER YOUR QUESTIONS.

☐ ‖‖‖‖‖‖‖‖‖‖‖‖‖        ‖‖‖‖‖‖‖‖‖‖‖‖‖ ☐
   * M I D L *              * 1 - 1 *

WLA - 036745/000010 - 484177 v1

**19**

FOR OFFICIAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

 - 000

**Robert Canipe**

## I.   INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.   CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____

        Last                  First           Middle Initial

B. Claimant's Address: _____

        Street                 State          Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

## III.   ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

_X_      I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

        I do **not** want to be included in the class.

Dated: **3/22/11**        By:

                      Signature              _Robt V Canipe_

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

* M I D L *                                 * 1 - 1 *

-036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*1 2 3 4 5 6 7 8 9* - 000

*Carol Walker*

| I. | INSTRUCTIONS |
|---|---|

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a
distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

| II. | CLAIMANT INFORMATION |
|---|---|

Please fill in the following information and sign below.

A. Name of Claimant: _____
                   Last                         First                   Middle Initial

B. Claimant's Address: _____
                     Street                      State               Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

| III. | ELECTION CONCERNING PARTICIPATION |
|---|---|

Please check **one** of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled.  I
confirm that Midland filed a lawsuit against me.

✗     I do **not** want to be included in the class.

Dated: 3 , 21 , 11             By:                          *Carol Walker*
                                               Signature

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT
PERMITTED TO ANSWER YOUR QUESTIONS.**

*M I D L*

*1 - 1*

WLA - 036745/000010 - 484177 v)

PageID #: 1810
FOR OPTICAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



*123456.789* - 000

# John Shoreman

## I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
          Last                                    First                      Middle Initial

B.  Claimant's Address: _____
              Street                                State                      Zip Code

C.  Claimant's Day Time Phone Number: (___)____-____

## III.    ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐      I want to be included in the class action and receive any recovery to which class members are entitled.  I
          confirm that Midland filed a lawsuit against me.

✗      I do not want to be included in the class.

Dated: 3.22.11                         By: _____
                                                           Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT
PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDLA*                                                          *1-1*

WLA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY

PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM


* 1 · 2 · 3 · 4 · 5 · 6 · 7 · 8 · 9 * - 000

Ann Leveille

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____

    Last                                    First                    Middle Initial

B.  Claimant's Address: _____

    Street                                  State                    Zip Code

C.  Claimant's Day Time Phone Number:  (___)___ - ____

## III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled.  I confirm that Midland filed a lawsuit against me.

☒    I do not want to be included in the class.

Dated: 3/19/2011                By: _____

                                Signature  _Ann Leveille_

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

* M I D L *                                      * 1 - 1 *

WLA - 036745/000010 - 484177 v1

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

Eva Moore

### I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
                     Last                       First           Middle Initial

B.  Claimant's Address: _____
                      Street                    State           Zip Code

C.  Claimant's Day Time Phone Number: ( ___ )_____ - _____

### III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled.  I confirm that Midland filed a lawsuit against me.

☒     I do not want to be included in the class.

Dated: 3 /22/ 2011        By: _____

                                 Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

☐  *M I D L*

*1 - 1*  ☐

WLA - 036745/000010 - 484177 v1

**24**

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - 000
* 1 2 3 4 5 6 7 8 9 *

# Robert Curry

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
        Last                                    First                          Middle Initial

B.  Claimant's Address: _____
        Street                                    State                          Zip Code

C.  Claimant's Day Time Phone Number: (___)____-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐        I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒        I do not want to be included in the class.

Dated: 3 /22/2011                  By:

                                    Signature        _Robert Curry_

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

☐  ‖‖‖‖‖‖‖‖‖‖‖‖ * M I D L *                    ‖‖‖‖‖‖‖‖‖‖‖‖ * 1 - 1 * ☐

WLA - 036745/000010 - 484177 v1

PageID #: 1810
FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM


- 000

# Joyce Chisman

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
            Last                          First              Middle Initial

B. Claimant's Address: _____
            Street                        State              Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐  I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗  I do not want to be included in the class.

Dated: 3.22.2011          By: _____
                              Signature      *Joyce Chisman*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDL*          *1-1*

WLA - 036745/000010 - 434177 v1

7. PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

* 1 2 3 4 5 6 7 8 9 * - 000

## Vivian Burke

### I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
                        Last                          First                    Middle Initial

B.  Claimant's Address: _____
                         Street                       State                    Zip Code

C.  Claimant's Day Time Phone Number:  (___) ___-____

### III.    ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒    I do not want to be included in the class.

Dated: 3 /22/ 2011          By: _____

                                 Signature      Vivian D. Burke

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

☐  * M I D L *                              * 1 - 1 *  ☐

WLA – 036745/000010 – 484177 v1

FOR OFFICIAL USE ONLY

PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

* 1 2 3 4 5 6 7 8 9 * - 000

**Juan Rentas**

### I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                Last                               First                 Middle Initial

B. Claimant's Address: _____
                  Street                             State                Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III.    ELECTION CONCERNING PARTICIPATION

Please check <u>one</u> of the following elections related to this lawsuit:

☐      I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗      I do <u>not</u> want to be included in the class.

Dated: 03|23| 2001
         2011          By: _____

Signature

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

☐ * A M I D L A *

* 1 - 1 * ☐

WLA – 036745/080010 - 484177 v1

**28**

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

* 1 2 3 4 5 6 7 8 9 * - 000

# Mable Anderson

## I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

## II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                     Last                         First              Middle Initial

B. Claimant's Address: _____
                     Street                    State          Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

## III.    ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗    I do **not** want to be included in the class.

Dated: 3/21/11           By: _____

                         Signature       *Mable Anderson*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

* M I D L *                        * 1 - 1 *

WLA - 036745/000010 - 434177 v1

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



* 1 2 3 4 5 6 7 8 9 * - 000

Many Lee

### I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
Last               First           Middle Initial

B.  Claimant's Address: _____
Street             State         Zip Code

C.  Claimant's Day Time Phone Number: ( ___ ) ___ - ____

### III.    ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒    I do **not** want to be included in the class.

Dated: 3/21/11

By: _____
Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

* M I D L *

* 1 - 1 *

WLA - 036745/000010 - 484177 v1

7. FOR OFFICIAL USE ONLY  PageID #: 1840

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM


* 1 2 3 4 5 6 . 7 8 9 * - 000

*Colleen Reed*

---

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

---

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
        Last                                    First                        Middle Initial

B. Claimant's Address: _____
        Street                                  State                        Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

---

## III.  ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐      I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒      I do **not** want to be included in the class.

Dated: 3/21/11                By: _____

                                    Signature      *Colleen Reed*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

* M I D L *              * 1 - 1 *

WLA - 036745/000010 - 484177 v1

7. FOR OFFICIAL USE ONLY   PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



* 1 2 3 4 5 6 7 8 9 * - 000

**Lakeisha Joyner**

### I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
        Last                          First                  Middle Initial

B. Claimant's Address: _____
        Street                        State                  Zip Code

C. Claimant's Day Time Phone Number: (___)____-_____

### III.    ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗    I do **not** want to be included in the class.

Dated: 3/21/11                    By: _____
                                        Signature

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

☐   * M I D L *                        * 1 - 1 *   ☐

WLA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



Joyce Ridgley

### I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
            Last                              First                         Middle Initial

B.  Claimant's Address: _____
            Street                            State                         Zip Code

C.  Claimant's Day Time Phone Number: (___) ___-____

### III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐   I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗   I do not want to be included in the class.

Dated: 3/19/11                          By: _____
                                        Signature    Joyce Ridgley

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDL*                                              *1-1*

WLA – 036745/000010 – 484177 v1

**33**

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM


- 000
* 1 2 3 4 5 6 7 8 9 *

# Tanahia Harris

## I.   INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.   CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____

  Last                                          First                              Middle Initial

B.  Claimant's Address: _____

  Street                                       State                             Zip Code

C.  Claimant's Day Time Phone Number: (___)____-____

## III.   ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗     I do **not** want to be included in the class.

Dated: 3/21/2011               By: _____

                                          Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

* M I D L *            * 1 - 1 *

**34**

FOR OFFICIAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

**Kandise Viar**

| I. | INSTRUCTIONS |
|---|---|

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a
distribution you must return this form, **POSTMARKED no later than _____**, to the following address:

Midland Settlement Administrator

| II. | CLAIMANT INFORMATION |
|---|---|

Please fill in the following information and sign below.

A. Name of Claimant: _____
                      Last                             First                    Middle Initial

B. Claimant's Address: _____
                        Street                          State                Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

| III. | ELECTION CONCERNING PARTICIPATION |
|---|---|

Please check <u>one</u> of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗ I do <u>not</u> want to be included in the class.

Dated: 3,19,11          By: _____

                                  Signature      *Kandise Viar*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT
PERMITTED TO ANSWER YOUR QUESTIONS.**

* M I D L *

* 1 - 1 *

WLA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

  - 000
* 1 · 2 · 3 · 4 · 5 · 6 · 7 · 8 · 9 *

Shannon Walker

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a
distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
                        Last                              First                     Middle Initial

B.  Claimant's Address: _____
                         Street                            State                    Zip Code

C.  Claimant's Day Time Phone Number: (___)____-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled.  I
      confirm that Midland filed a lawsuit against me.

✗     I do **not** want to be included in the class.

Dated: _3_/_21_/_11_          By: _____

                                   Signature      Shannon Walker

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT
PERMITTED TO ANSWER YOUR QUESTIONS.**

* M I D L *                          * 1 - 1 *

WLA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM


- 000

*Taylora Manuel*

## I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a
distribution you must return this form, **POSTMARKED** no later than _____, to the following address:

Midland Settlement Administrator

## II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant: _____
                    Last                         First                Middle Initial

B.  Claimant's Address: _____
                      Street                   State            Zip Code

C.  Claimant's Day Time Phone Number: (___)___-_____

## III.    ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

    ☐    I want to be included in the class action and receive any recovery to which class members are entitled.  I
          confirm that Midland filed a lawsuit against me.

    ☒    I do **not** want to be included in the class.

Dated: 3/18/11 __            By:

                           Signature         *Taylor Manuel*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT
PERMITTED TO ANSWER YOUR QUESTIONS.**

*M I D L A*
                           *1 - 1*

WALA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY

PageID #: 1910

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



**Robin Pinkston**

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____  _____  _____
                          Last                First           Middle Initial

B. Claimant's Address: _____  _____  _____
                          Street              State           Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐  I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗  I do **not** want to be included in the class.

Dated: 3/19/2011          By: _____

                          Signature  *Robin Pinkston*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

PageID #: 1810
FOR OFFICE USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



### Harold Rogers

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
　　　　　　　　　　　Last　　　　　　　　　　　First　　　　　　　　Middle Initial

B. Claimant's Address: _____
　　　　　　　　　　　Street　　　　　　　　　　　State　　　　　　　Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐　　I want to be included in the class action and receive any recovery to which class members are entitled.  I confirm that Midland filed a lawsuit against me.

☒　　I do not want to be included in the class.

Dated: 3/21/2011　　　　　By:

　　　　　　　　　　　Signature　　　_Harold C Rogers_

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

WLA - 036745/000010 - 484177 v1

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

**CLAIM FORM**

FOR OFFICIAL USE ONLY

*Sybrena Zeigler*

‖ 1 2 3 4 5 6 7 8 9 ‖ - 000

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____ to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant:

    Last      First      Middle Initial

B. Claimant's Address:

    Street      State      Zip Code

C. Claimant's Day Time Phone Number: (___) ___ - ____



## III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐   I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

     I do not want to be included in the class.

Dated: 3-23, 2011

By: _____
         Signature

*Debbie Miles*

```
*12345678*  - 000
```

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

FOR OFFICIAL USE ONLY

### I.   INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____ to the following address:

Midland Settlement Administrator

### II.   CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.   Name of Claimant: _____ _____ _____
                         Last            First         Middle Initial

B.   Claimant's Address: _____ _____ _____
                          Street           State         Zip Code

C.   Claimant's Day Time Phone Number: (___) ___ - ____

### III.   ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐   I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒   I do not want to be included in the class.

Dated: 3-24-2011 St., Ohio, County of Stark County, Ohio,

By: _____
        Signature

*[signature: Debbie Miles]*

[¶12]   The judgment of the Court of Common Pleas of Stark County, Ohio, is hereby reversed.

By Farmer, J.

Hoffman

Edwards, J., concur.

moot.

*1 2 3 4 5 6 7 8 9*-000

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

**CLAIM FORM**

FOR OFFICIAL USE ONLY

*Tomey Cobb*

**I. INSTRUCTIONS:**

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____ to the following address:

Midland Settlement Administrator

**II. CLAIMANT INFORMATION**

Please fill in the following information and sign below.

Name of Claimant: _____ _____ _____
                   Last            First           Middle Initial

B. Claimant's Address: _____ _____ _____
                       Street          State           Zip Code

C. Claimant's Day Time Phone Number: (___) ___ - ____

**III. ELECTION CONCERNING PARTICIPATION**

Please check one of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒ I do not want to be included in the class.

Dated: 3/22/11

By: _____
    Signature

*Tomey Q. Cobb*

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

FOR OFFICIAL USE ONLY

*Beverly McIntosh*

**I. INSTRUCTIONS**

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____ to the following address:

Midland Settlement Administrator

**II. CLAIMANT INFORMATION**

Please fill in the following information and sign below.

Name of Claimant: _____ _____ _____
             Last       First    Middle Initial

B. Claimant's Address: _____ _____ _____
            Street      State    Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

**III. ELECTION CONCERNING PARTICIPATION**

Please check one of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒ I do not want to be included in the class.

Dated: 3.23.11

By: _____
    Signature

*Beverly McIntosh*

43

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

**CLAIM FORM**

FOR INTERNAL USE ONLY

|| 1 2 3 4 5 6 7 8 9 || - 000

William Morgan

**I. INSTRUCTIONS**

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____ to the following address:

Midland Settlement Administrator

**II. CLAIMANT INFORMATION**

Please fill in the following information and sign below.

_ame of Claimant: _____
Last                Fir_t           Middle Initial

B. Claimant's Address: _____
Street        State        Zip Code

C. Claimant's Day Time Phone Number: (___) ___ - ____

**III. ELECTION CONCERNING PARTICIPATION**

Please check one of the following elections related to this lawsuit:

☐  I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒  I do _not_ want to be included in the class.

Dated: _3-22-11_

By: _____
Signature

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

**CLAIM FORM**

FOR OFFICIAL USE ONLY

| | 1 2 3 4 5 6 7 8 9 * - 000

**Rudolph Coles**

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____ to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

Name of Claimant: _____
    Last      First      Middle Initial

B. Claimant's Address: _____
    Street      State      Zip Code

C. Claimant's Day Time Phone Number: (____)____-____

## III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐   I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗   I do not want to be included in the class.

Dated: 2-23-11

By: _____
    Signature



|||||||||||||||||||||  * 1 2 3 4 5 6 7 8 9 * - 000

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

**CLAIM FORM**

*Sheila Bruno*

FOR OFFICE USE ONLY

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED** no later than _____ to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A.  Name of Claimant:

_____     _____     _____
Last                First                Middle Initial

B.  Claimant's Address:

_____
Street

_____     _____
State                Zip Code

C.  Claimant's Day-Time Phone Number: (___) ___ - ____



## III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐   I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

   I do **not** want to be included in the class.

Dated: 3/21/2011          By: _____
                              *Sheila Bruno*
                              Signature

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

Joyce Wilder

FOR OFFICIAL USE ONLY

**I. INSTRUCTIONS**

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

**II. CLAIMANT INFORMATION**

Please fill in the following information and sign below.

Name of Claimant: _____
Last          First          Middle Initial

B. Claimant's Address: _____
Street          State          Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

**III. ELECTION CONCERNING PARTICIPATION**

Please check one of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒ I do not want to be included in the class.

Dated: 3-22-2011

By: _____
Signature

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

CLAIM FORM

**1 2 3 4 5 6 7 8 9 - 000**

*John Hamed*

FOR PAGEID # USE ONLY

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

Name of Claimant: _____
             Last              First        Middle Initial

B.  Claimant's Address: _____
              Street          State        Zip Code

C.  Claimant's Day Time Phone Number: (___)___-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐  I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒  I do not want to be included in the class.

Dated: 03/21/2011

By: _____
           Signature

48

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

**CLAIM FORM**

FOR OFFICIAL USE ONLY

*12345678910-000

Michael Henshaw

**I. INSTRUCTIONS**

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

**II. CLAIMANT INFORMATION**

Please fill in the following information and sign below.

Name of Claimant: _____

| Last | First | Middle Initial |

B. Claimant's Address: _____

| Street | State | Zip Code |

C. Claimant's Day Time Phone Number: (___) ___-____

**III. ELECTION CONCERNING PARTICIPATION**

Please check one of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗ I do **not** want to be included in the class.

Dated: 03/21/2011

By: _____

Signature

_Michael Henshaw_

‖ 1 2 3 4 5 6 7 8 9 ‖ - 000

**CLAIM FORM**

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

FOR OFFICE USE ONLY

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

. Name of Claimant: _____ _____ _____
                        Last         First      Middle Initial

B. Claimant's Address: _____
                          Street

_____ _____ _____
          State              Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

## III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒ I do not want to be included in the class.

Dated: 3-22-2011          By: _____
                                  Signature



Sonia Boddie

50

7. PageID #: 1810
FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



Wayne Washington

## I.    INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than _____**, to the following address:

Midland Settlement Administrator

## II.    CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
               Last                    First            Middle Initial

B. Claimant's Address: _____
               Street                State           Zip Code

C. Claimant's Day Time Phone Number: (____)_____-_____

## III.    ELECTION CONCERNING PARTICIPATION

Please check <u>one</u> of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled.  I confirm that Midland filed a lawsuit against me.

☒    I do <u>not</u> want to be included in the class.

Dated: 3 / 20 / 11            By: 

                           Signature       _____

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

☐  ‹ M I D L ›

‹ 1 - 1 ›  ☐

WLA ~ 036745/000010 - 434177 v1

PageID #: 1810

FOR OPTIONAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

* 1 2 3 4 5 6 7 8 9 * - 000

# Krysta Covington

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
              Last               First          Middle Initial

B. Claimant's Address: _____
               Street           State          Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

## III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐     I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

✗     I do not want to be included in the class.

Dated: 3/24/11         By: _____
                            Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

* M I D L *

* 1 - 1 *

WLA - 036745/000010 - 484177 v1

PageID #: 1810
FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

* 1 2 3 4 5 6 7 8 9 * - 000

Christine Manley

## I.  INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II.  CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last                          First                          Middle Initial

B. Claimant's Address: _____
   Street                        State                          Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

## III.  ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐   I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒   I do not want to be included in the class.

Dated: 3/25/2011        By: _____

                        Signature   Christine M. Manley

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

☐  * M I D L *                        * 1 - 1 *  ☐

WLA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY
PageID #: 1910

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



*123456789* - 000

**Robert McKay**

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
  Last                          First                    Middle Initial

B. Claimant's Address: _____
  Street                        State                    Zip Code

C. Claimant's Day Time Phone Number: (___) ____-____

### III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒ I do not want to be included in the class.

Dated: 3/24/2011          By: _____
                               Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDL*          *1-1*

WLA - 036745/090010 - 484177 v1

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

||||||||
| 1 | 2 | 3 | 4 5 6 7 8 9 - 000 |

<<NAME>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY>><<ST>><<ZIP CODE>>

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _03-21-2011_, to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _Branks_        _Anthony_        _L_
                    Last                  First          Middle Initial

B. Claimant's Address: _68 Hancock_        _VA_        _20176_
                    Street           State         Zip Code

C. Claimant's Day Time Phone Number: _703, 443 1048_

## III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☑   I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☐   I do **not** want to be included in the class.

Dated: _03.21.2011_         By:

                                  Signature of Claimant: _Anthony L. Branks_

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

* M I D L *        * 1 - 1 *

WLA – 036745/000010 – 484177 v1