Dennis Murray, Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, OH 44870-2517

Dennis Murray, Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, OH 44870-2517



USA FIRST-CLASS FOREVER

RICHMOND VA 232

22 MAR 2011 PM 5 T

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870=2517

NORFOLK VA 235

HAMPTON ROADS

22 MAR 2011 PM 3 T

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870=2517







Joyce Vick
726 W. 36th St.
Norfolk, VA 23508-3106

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

444870+2517

NORFOLK VA 235
HAMPTON ROADS
22 MAR 2011 PM 3 T



**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

444870+2517

NORFOLK VA 235
HAMPTON ROADS
22 MAR 2011 PM 3 T

44870+2517

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

NO VA 420

22 MAR 2011 PM 8 T

44870+2517

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

RICHMOND VA 232
22 MAR 11 20:07 4L



USA FIRST-CLASS FOREVER

USA FIRST-CLASS FOREVER

4487042517

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

4487042517

RICHMOND VA 232
22 MAR 11 18:51 4T



**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

RICHMOND VA 232

22 MAR 2011PM 7 T

Dennis Murray, Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, OH 44870-2517

SOUTHERN MD 207

22 MAR 2011 PM 5 T

Dennis Murray, Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, OH 44870-2517



USA FIRST-CLASS FOREVER

USA FIRST-CLASS FOREVER

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870-2517

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870-2517

NORFOLK VA 233
HAMPTON ROADS
22 MAR 2011 PM 4 L

RICHMOND VA 232
22 MAR 2011 PM 1 L





Taylora Manuel
12700 Five Forks Rd
Amelia CH Hse VA 23002-2938

22 MAR 2011 PM 5 T

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870+2517

Christopher & Kandise Powell
2075 Langhorne Rd. Apt. # 54
Lynchburg, VA 24501

44870+2517

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

Joyce Ridgley
1517 Stage Coach Rd.
Woodstock, VA · 22664

Dallas Reed
1738' B-Aquia Vista Dr.
New Port News, VA 236 07

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870-2517

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870-2517

NORFOLK VA 233
HAMPTON ROADS
21 MAR 2011 PM 4 T

NO VA 220
21 MAR 2011 PM 4 T



USA FIRST-CLASS FOREVER

USA FIRST-CLASS FOREVER



BELIEVE

**Sandra Paro**
78 Karst Valley Rd.
Front Royal, VA 22630

Ms. Lakeisha Joyner
3108 Hurley Ave
Norfolk, VA 23513

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

4487032517 C002

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

4487032517



NORFOLK VA 235-
HAMPTON ROADS
22 MAR 2011 PM 3 T





USA FIRST-CLASS FOREVER

Anthony L. Banks
68 Hancock PL NE
Leesburg, VA 20176

**Tomeka Nixon**
Apt. D
2012 Limetor St.
Chesapeake, VA 23324-2723

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870-2517

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517



USA FIRST-CLASS FOREVER

USA FIRST-CLASS FOREVER



**Sonia Boddie**
Apt. 16
1711 N King St.
Hampton, VA 23669-1983

Jennifer Rentz
3401 Shell Rd
Hampton Va 23661

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870=2517

NORFOLK VA 235
HAMPTON ROADS
23 MAR 2011 PM 4 T

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870=2517

NORFOLK VA 235
HAMPTON ROADS
23 MAR 2011 PM 3 T

S Brun?
13 Mathey Rd. #76
M. Va. 23666

Deborah Miles
11730 Cattail Rd
New Kent, VA 23124

Dennis Murray, Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870+2517

NORFOLK VA 235
HAMPTON ROADS
25 MAR 2011 PM 5 T

Dennis Murray, Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870+2517

RICHMOND VA 232
23 MAR 2011 PM 21

USA FIRST-CLASS FOREVER

USA FIRST-CLASS FOREVER

McIntosh
1672 Old Stage Rd.
Petersburg, VA 23805

448704-2517

RECEIVED 09.322

2009 MAR 2011 PM 2 1

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

USA FIRST-CLASS FOREVER

R.B. TATE
10. PERIWOT PL.
STEPHENS CITY VA
72635

Mr. Garey Peterson
7800 Flager Cir.
Manassas, VA 20109-7429

44870+2517

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

NO VA 220

03 MAR 2011 PM 5 T

44870+2517

44870+2517

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

NO VA 220

03 MAR 2011 PM 2 T






Mohammad Mohssei
2401 Cedar Ln
Vienna, VA 22180

Anat Billio
129 Sunnyside Road
Jeppahannock, Va 22560

**Dennis Murray, Sr.**
**Murray & Murray Co., L.P.A.**
111 East Shoreline Drive
Sandusky, OH 44870-2517

44870+2517

RICHMOND VA 232
17 MAR 11 17:43 4L

Dennis Murray, Sr.
Murray & Murray Co. L.P.A.
111 East Shoreline Drive
Sandusky, OH 44870 - 2517

44870+2517

USA FIRST-CLASS FOREVER