Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

FOR OFFICIAL USE ONLY

# CLAIM FORM

\*123456789\* - 000

<<NAME>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY>><<ST>><<ZIP CODE>>

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: Rubio, Ann Lia
   Last          First          Middle Initial

B. Claimant's Address: 129 Sunnyside Road, Tappahannock, VA 22560
   Street          State          Zip Code

C. Claimant's Day Time Phone Number: (646) 734-0391

## III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☑ I do not want to be included in the class.

Dated: __/__/____          By:

Signature of Claimant: _Ann Lia Rubio_

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**




WLA - 036745/000010 - 484177 v1