PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*123456789* - 000

**Barbara Page**

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last                          First                 Middle Initial

B. Claimant's Address: _____
   Street                        State                 Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒ I do **not** want to be included in the class.

Dated 03/29/2011     By:     Signature  *Barbara Page*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDL*     *1-1*

MLA - 036745/000010 - 484177 v1

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

FOR OFFICIAL USE ONLY

# CLAIM FORM

*1234567890-000

Jackie Ellis

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED** no later than _____, to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                           Last                      First               Middle Initial

B. Claimant's Address: _____
                           Street                 State            Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

## III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐   I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒   I do **not** want to be included in the class.

Dated: 3/23/2011      By: _____
                                  Signature    Jackie Ellis

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDL*  *1-1*

\\LA - 036745/000010 - 484177 v1

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*123456789* -000

**Brenda Smith**

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
       Last                      First              Middle Initial

B. Claimant's Address: _____
       Street                 State             Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐    I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒    I do **not** want to be included in the class.

Dated: 3/24/11          By:          *Brenda J. Smith*
                                      Signature

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

☐ *MIDL*                                             *1-1* ☐

\\LA - 036745/000010 - 484177 v1

Case: 3:08-cv-01434-DAK  Doc #: 123-3  Filed: 04/01/11  4 of 5.  PageID #: 2143

7. PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



*Rosalina Clarke*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED** no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last                                    First                          Middle Initial

B. Claimant's Address: _____
   Street                                  State                          Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check <u>one</u> of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒ I do **not** want to be included in the class.

Dated: 3/23/2011            By: _____
                                 Signature    *Rosalina S. Clarke*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

\\\LA - 036745/000010 - 484177 v1

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*123456789* -000

*Terry Jones*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last                    First                    Middle Initial

B. Claimant's Address: _____
   Street                    State                    Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☐ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒ I do **not** want to be included in the class.

Dated: 3/22/011

By: _____
Signature: *Terry Jones*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

*MIDL*    *1-1*

\\LA - 036745/000010 - 484177 v1