PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*Steven Wiggs*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                     Last                                      First                       Middle Initial

B. Claimant's Address: _____
                     Street                                  State                      Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

[☑] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[ ] I do **not** want to be included in the class.

Dated: 3/24/2011        By: _____
                                                 Signature

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*1 2 3 4 5 6 7 8 9* - 000

*Monica Tanner*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last                     First                    Middle Initial

B. Claimant's Address: _____
   Street                   State                   Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

[✓] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[✗] I do **not** want to be included in the class.

Dated: 3/18/11    By: _____
                        Signature  *Monica Tanner*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

*M I D L*     *1 - 1*

\\\LA - 036745/000010 - 484177 v1

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*Jackie Gilliam*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED** no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last                                First                        Middle Initial

B. Claimant's Address: _____
   Street                              State                        Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

☑ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

☒ I do **not** want to be included in the class.

Dated: 03/21/2011        By:
                         Signature: *Jackie C. Gilliam*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

\\LA - 036745/000010 - 484177 v1

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*1 2 3 4 5 6 7 8 9* - 000

*Robert Canipe*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                        Last                        First           Middle Initial

B. Claimant's Address: _____
                        Street                    State           Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

[X] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[ ] I do not want to be included in the class.

Dated: 3/22/11

By: _____
      Signature   *Robt W Canipe*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDLA*          *1-1*

\\LA - 036745/000010 - 484177 v1

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

# CLAIM FORM

*123456789* - 000

**Tomeka Nixon**

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last        First        Middle Initial

B. Claimant's Address: _____
   Street        State        Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

## III. ELECTION CONCERNING PARTICIPATION

Please check <u>one</u> of the following elections related to this lawsuit:

[✓] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[✗] I do <u>not</u> want to be included in the class.

Dated: 03/22/2011    By: _____
                         Signature  *Tomeha S. Nixon*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDL*    *1-1*

\\LA - 036745/000010 - 484177 v1

7. FOR OFFICIAL USE ONLY
PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*123456789* -000

Sandra Morrow

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _SANDRA_____ _MORROW_____ _PARO_____
   Last            First            Middle Initial

B. Claimant's Address: _78 HURST VALLEY RD_ _FRONT ROYAL_ _VA_ _22630_
   Street                              State    Zip Code

C. Claimant's Day Time Phone Number: _204 283 5208_

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

[X] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[X] I do **not** want to be included in the class.

Dated: _3/19/11_    By:    _Sandra Paro_
                            Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

\\LA - 036745/000010 - 484177 v1

7. PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

|| * 1 2 3 4 5 6 7 8 9 * || - 000

*Darlene Reese* (handwritten)

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
                   Last                               First                        Middle Initial

B. Claimant's Address: _____
                    Street                              State                       Zip Code

C. Claimant's Day Time Phone Number: (___)___-____

(Claimant Information section crossed out with large X)

### III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

- [✓] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.
- [✗] I do **not** want to be included in the class.

Dated: __/__/____       By: _____
                                              Signature     *Darlene Reese* (signed)

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

[barcode] * M I D L *          [barcode] * 1 - 1 *

MIA - 036745/000010 - 484177 v1

PageID #: 1810

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

 -000

*Jennifer Rentz*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED** no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
    Last                          First                          Middle Initial

B. Claimant's Address: _____
    Street                        State                          Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

[✓] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[✗] I do **not** want to be included in the class.

Dated: 3/22/11        By:
                          Signature  *Jennifer Rentz*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT
PERMITTED TO ANSWER YOUR QUESTIONS.

\\LA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

 - 000

# Linda Johnson

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED** no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
          Last         First       Middle Initial

B. Claimant's Address: _____
         Street         State       Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

[X] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[X] I do **not** want to be included in the class.

Dated: 03/27/11      By:      Signature: *Linda Johnson*

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

\\LA - 036745/000010 - 484177 v1

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

FOR OFFICIAL USE ONLY

# CLAIM FORM

*123456789* - 000

<<NAME>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY>><<ST>><<ZIP CODE>>

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** 03-21-2011, to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: Banks (Last) Anthony (First) L (Middle Initial)

B. Claimant's Address: 68 Hancock (Street) VA (State) 20176 (Zip Code)

C. Claimant's Day Time Phone Number: (703) 443-1048

## III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

[✓] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[ ] I do not want to be included in the class.

Dated: 03/21/2011     By:

Signature of Claimant: Anthony L. Banks

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*MIDL*     *1-1*

\\LA - 036745/000010 - 484177 v1