## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Midland Funding LLC, | ) | 1434 |
| | ) | |
| Plaintiff/Counter Defendant, | ) | CASE NO.: 3:08-cv-01535x |
| | ) | |
| vs. | ) | HON. DAVID A. KATZ |
| | ) | |
| Andrea Brent, | ) | **And Related Cases:** |
| | ) | Case No. 3:11-cv-0096 |
| Defendant/Counterclaimant | ) | Case No. 3:10-cv-0091 |
| | ) | |
| vs. | ) | |
| | ) | ORDER FOR ADMISSION *PRO HAC* |
| Midland Credit Management, Inc., | ) | *VICE* OF DAVID CULLEN |
| | ) | |
| Counterclaim Defendant | ) | |
| | ) | |

This matter came before the Court on the Motion of the State of Minnesota for Admission *Pro Hac Vice* of David Cullen. After careful consideration and for good cause shown, the Court finds the motion well taken and the same is hereby granted.

IT IS ORDERED THAT the State of Minnesota's motion to admit David Cullen *pro hac vice* be, and hereby is, granted.

SO ORDERED.

/s/ David A. Katz

JUDGE DAVID A. KATZ

AG: #2792276-v1