# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Midland Funding LLC, | ) | CASE NO.: 3:08-cv-01434 |
| Plaintiff, | ) ) ) | JUDGE: Katz |
| vs. | ) ) | |
| Andrea Brent, | ) ) | |
| Defendant, | ) ) | |
| vs. | ) ) | |
| Midland Credit Management, Inc. | ) ) | |
| Third-Party Defendant | ) ) | |

**Attorney R. Glenn Knirsch's Notice of Withdrawal as Counsel of Record**

Now comes Attorney R. Glenn Knirsch, undersigned, and hereby gives notice to this Court that he is withdrawing as counsel of record for the above captioned case. Knirsch has recently accepted a job in the Washington, D.C. area, and is therefore leaving his employment with Javitch, Block, & Rathbone.

Ted Seitz, lead counsel, has been apprised of this development, and knows that if anything else is needed of Javitch, Block, & Rathbone, he may contact Bruce Block at the below address. Respectfully Submitted:

/s/ R. Glenn Knirsch
R. Glenn Knirsch (0080770)
Javitch, Block, & Rathbone LLP
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
Ph:  (216) 623-0000
Fax:  (216) 525-4962
E-mail: gknirsch@jbandr.com
*Attorney for Midland Entities*

## PROOF OF SERVICE

I hereby certify that on April 5, 2011 a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ R. Glenn Knirsch
R. Glenn Knirsch # 0080770