IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Midland Funding, LLC, | : | Case No. 3:08CV1434 |
| Plaintiff/Counter Defendant, | : | **MOTION TO ADMIT MATTHEW J. ERAUSQUIN *PRO HAC VICE*** |
| vs. | : | |
| | | HON. DAVID A. KATZ |
| Andrea Brent, | : | |
| Defendant/Counterclaimant, | : | |
| vs. | : | |
| Midland Credit Management, Inc., | : | |
| Counterclaim Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Reginald S. Jackson, Jr. and Adam S. Nightingale, counsel of record for Intervenor Ladon Herring and Interested Parties Ann Rubio and Gilbert James, respectfully, move this Court for admission *pro hac vice* of Matthew J. Erausquin.

Matthew J. Erausquin was admitted to the Virginia State Bar in 2003, and remains in good standing.  His Virginia bar number is 65434.  Mr. Erausquin is an attorney with Consumer Litigation Associates, P.C., 1800 Diagonal Road, Suite 600, Alexandria, VA 22314, (703) 273-7770 (telephone), (888) 892-3512 (facsimile), matt@clalegal.com (email).

1