IT IS SO ORDERED

/s/ David A. Katz
David A. Katz, Senior Judge

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Midland Funding, LLC, | : | Case No. 3:08CV1434 |
| Plaintiff/Counter Defendant, | : | **MOTION TO ADMIT MICHAEL D. KINKLEY** |
| vs. | : | ***PRO HAC VICE*** |
| Andrea Brent, | : | HON. DAVID A. KATZ |
| Defendant/Counterclaimant, | : | |
| vs. | : | |
| Midland Credit Management, Inc., | : | |
| Counterclaim Defendant. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Reginald S. Jackson, Jr. and Adam S. Nightingale, counsel of record for Interested Parties Kelli Gray and Marla Herbert, respectfully move this Court for admission *pro hac vice* of Michael D. Kinkley.

Michael D. Kinkley was admitted to the Washington State Bar in 1981, and remains in good standing. His Washington bar number is 11624. Mr. Kinkley is an attorney with Michael D. Kinkley, P.S. (Professional Service, Inc.), 4407 N. Division, Suite 914 Spokane, WA 99207, (509) 484-5611 (telephone), (509) 484-5972 (facsimile), mkinkley@qwestoffice.net (email).