## AFFIDAVIT OF SERVICE BY U.S. MAIL

Re: Midland Funding, LLC vs. Andrea Brent vs. Midland Credit Management, Inc.
Case No. 3:08-cv-01434
HON. DAVID A. KATZ

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

MARY K. BAMBENEK, being first duly sworn, deposes and says:

That at the City of St. Paul, County of Ramsey and State of Minnesota, on April 18, 2011, she caused to be served the Reply Memorandum in Support of Motion for Clarification of Order Granting Preliminary Injunction Against Parallel Litigation, by depositing the same in the United States mail at said city and state, true and correct copy(ies) thereof, properly enveloped with prepaid first class postage, and addressed to:

Brian C. Block
Javitch, Block & Rathbone - Cleveland
19th Floor
1100 Superior Avenue
Cleveland, OH 44114

Matthew J. Erausquin
Consumer Litigation Associates
Suite 600
1800 Diagonal Road
Alexandria, VA 22314

Leonard A. Bennett
Consumer Litigation Associates
Suite 100
12515 Warwick Boulevard
Newport News, VA 23606

Michael D. Kinkley
Scott M. Kinkley
Law Office of Michael D. Kinkley
Suite 914
4407 North Division Street
Spokane, WA 99207

*Mary K. Bambenek*
MARY K. BAMBENEK

Subscribed and sworn to before me on
April 18, 2011

*Brenda Finch*
NOTARY PUBLIC

AG: #2808533-v1

BRENDA FINCH
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2013