# EXHIBIT 3

PageID #: 1810
FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM



Jackie Gilliam

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last                              First                    Middle Initial

B. Claimant's Address: _____
   Street                            State                    Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

[☑] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[✗] I do not want to be included in the class.

Dated: 03/21/2011         By: _____
                                   Signature    Jackie C. Gilliam

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

WLA - 036745/000010 - 484177 v1

PageID #: 1810
FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*1 2 3 4 5 6 7 8 9* - 000

# Linda Johnson

## I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

## II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
　　　　　　　　　　　Last　　　　　　　　　　　　　　　First　　　　　　　　　　Middle Initial

B. Claimant's Address: _____
　　　　　　　　　　　Street　　　　　　　　　　　　　　State　　　　　　　　　　Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

## III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

[X] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[X] I do not want to be included in the class.

Dated: 03/22/11　　　　　　By:　　　　　　　　　　　　　　　　Linda Johnson
　　　　　　　　　　　　　　　　　　　　　　Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

*A M I D L*　　　　　　　　　　　　　　　　　　　　　　*1 - 1*

\\LA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*Sandra Morrow*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: *Sandra* / *Morrow* / *Aro*
   Last / First / Middle Initial

B. Claimant's Address: *78 Hirst Valley Rd* / *Front Royal* / *VA* / *22630*
   Street / / State / Zip Code

C. Claimant's Day Time Phone Number: *804 283 5208*

### III. ELECTION CONCERNING PARTICIPATION

Please check **one** of the following elections related to this lawsuit:

[X] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[ ] I do **not** want to be included in the class.

Dated: *3/19/11*          By: *Sandra Paw*
                              Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

WLA - 036745/000010 - 484177 v1

FOR OFFICIAL USE ONLY

PageID #: 1810

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*Darlene Reese*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, **POSTMARKED no later than** _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last                         First                         Middle Initial

B. Claimant's Address: _____
   Street                       State                         Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

[✓] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[X] I do **not** want to be included in the class.

Dated: __/__/____          By: _____
                                Signature   *Darlene Reese*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.**

FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*Jennifer Rentz*

\* 1 2 3 4 5 6 7 8 9 \* - 000

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____ Last _____ First _____ Middle Initial

B. Claimant's Address: _____ Street _____ State _____ Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

[X] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[ ] I do not want to be included in the class.

Dated: 3/22/11       By: *Jennifer Rentz*
                         Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT



FOR OFFICIAL USE ONLY

Midland Funding, LLC v. Andrea Brent v. Midland
Credit Management, Inc.
Case No. 3:08-cv-01434
United States District Court
For the State of Ohio, Western Division

## CLAIM FORM

*Monica Tanner*

### I. INSTRUCTIONS

If you are a member of the class, as defined in the attached notice of pendency of class action settlement, then, in order to receive a distribution you must return this form, POSTMARKED no later than _____, to the following address:

Midland Settlement Administrator

### II. CLAIMANT INFORMATION

Please fill in the following information and sign below.

A. Name of Claimant: _____
   Last                    First                    Middle Initial

B. Claimant's Address: _____
   Street                  State                    Zip Code

C. Claimant's Day Time Phone Number: (___) ___-____

### III. ELECTION CONCERNING PARTICIPATION

Please check one of the following elections related to this lawsuit:

[✓] I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me.

[✗] I do not want to be included in the class.

Dated: 3/15/11    By: _____
                       Signature

DO NOT ADDRESS ANY QUESTIONS ABOUT THE CASE TO THE CLERK OF THE COURT OR TO THE JUDGE. THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS.

WLA - 036745/000010 - 484177 v1