# EXHIBIT 6

Lysa Brooks
12892 Hunterbrook Dr.
Woodbridge, VA 22192

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

Lysa Brooks

cc: Consumer Litigation Associates
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314

Jerry Cox
1823 Six Farm Rd.
Tazewell, VA 24651

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

*/s/ Jerry L. Cox*

Jerry Cox

cc:    Consumer Litigation Associates
        1800 Diagonal Road, Suite 600
        Alexandria, Virginia 22314

Mary Drumgoole<br>
11108 Marguerita Ragsdale St.<br>
McKenney, VA 23872

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,<br><br>
*Mary Drumgoole*<br>
Mary Drumgoole

cc:    Consumer Litigation Associates
       1800 Diagonal Road, Suite 600
       Alexandria, Virginia 22314

Ruby Hill
7431 Hilmar Dr.
Richmond, VA 23234

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

*Ruby Hill*
Ruby Hill

cc: Consumer Litigation Associates
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314

Victor Hodge
200 South Maple Road
Apt. 5A
Yorktown, VA 23693

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

*/s/ Victor Hodge*
Victor Hodge

cc:    Consumer Litigation Associates
       1800 Diagonal Road, Suite 600
       Alexandria, Virginia 22314

Clay Jefferson<br>
7401 Eastmoreland Road #625<br>
Annandale, VA 22003

**SENT VIA FIRST CLASS MAIL**

Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

  This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,<br>
<br>
*/s/ Clay Jefferson*<br>
Clay Jefferson

cc: Consumer Litigation Associates
   1800 Diagonal Road, Suite 600
   Alexandria, Virginia 22314

Francisco Johnson
1905 Liberty Ave.
Hopewell, VA 23860

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

*[signature]*
Francisco Johnson

SIGN HERE

cc:   Consumer Litigation Associates
      1800 Diagonal Road, Suite 600
      Alexandria, Virginia 22314

Jamala Johnson
713 Woodfin Road
Newport News, VA 23605

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

                Sincerely,

                *Jamala Johnson*
                Jamala Johnson

cc:    Consumer Litigation Associates
       1800 Diagonal Road, Suite 600
       Alexandria, Virginia 22314

Frank Langner
371 Hickory Point Blvd.
Apt. A
Newport News, VA 23608

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

Frank Langner

cc:    Consumer Litigation Associates
       1800 Diagonal Road, Suite 600
       Alexandria, Virginia 22314

Violet Mabe
1140 Shady Grove Road
Martinsville, VA 24112

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

*/s/ Violet Mabe*

Violet Mabe

cc:    Consumer Litigation Associates
       1800 Diagonal Road, Suite 600
       Alexandria, Virginia 22314

Benton Scott
360 PASSANTE SR LN
Gordonsville, VA 22942

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

*Benton Scott*

Benton Scott


cc:    Consumer Litigation Associates
       1800 Diagonal Road, Suite 600
       Alexandria, Virginia 22314

Marjanna Smith
4097 Clarkton Rd.
Nathalie, VA 24577

**SENT VIA FIRST CLASS MAIL**
Dennis Murray Sr.
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870

Dear Mr. Murray:

    This is my request for exclusion from the *Midland Funding, LLC v. Andrea Brent* class action lawsuit that is currently pending in the Northern District of Ohio. If you have any questions, please contact my attorneys below.

Sincerely,

*Marjanna Smith*
Marjanna Smith

cc:    Consumer Litigation Associates
       1800 Diagonal Road, Suite 600
       Alexandria, Virginia 22314