## Newport News General District / Civil ***
## Civil Case Details Page : GV10013720-00

| Case Number:<br>GV10013720-00 | File Date:<br>06/18/2010 | Case Type:<br>Warrant In Debt |
|---|---|---|
| Debt Type: | Number of Plaintiffs:<br>01 | Number of Defendants:<br>01 |

| Plaintiff # 1 Information: | Defendant # 1 Information: |
|---|---|
| Name:<br>MIDLAND FUNDING LLC | Name:<br>JONES, RENEE |
| Judgment:<br>Dismissed | Judgment:<br>Dismissed |
| Attorneys: | Defendant # 2 Information: |
| Plaintiff Attorney:<br>DOMINION LAW ASSOC | Name: |
| Defendant Attorney:<br>BENNETT, LEONARD | Judgment: |

### Appeal Information

| Appealed Date: | Appealed By: |
|---|---|

### Hearings

| Number | Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|---|
| 01 | 07/29/2010 | 09:00 AM | Continued | | D |
| 02 | 10/01/2010 | 10:30 AM | Continued | | D |
| 03 | 12/02/2010 | 10:00 AM | Continued | | D |
| 04 | 03/03/2011 | 01:00 PM | Continued | | D |
| 05 | 05/12/2011 | 01:00 PM | Other | | D |

| Judgment:<br>Case Dismissed | Judgment Amount: |
|---|---|
| Other Amount: | Interest Award: |
| Cost: | Attorney Fees: |
| Possession: | Writ Issued: |
| Is Judgment Satisfied: | Date Satisfaction Filed: |
| Homstead Exemption Waived: | |
| Other: | |

[ Search List ]   [ Main Menu ]   [ Logoff ]

Build #: 4.2.6.2


EXHIBIT D