| | | |
|---|---|---|
| Geri Smith<br>Clerk of Court | **United States District Court**<br>Northern District of Ohio<br>Office of the Clerk<br>2-161 Carl B. Stokes United States Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113-1830 | (216) 357-7000 |

May 27, 2011

Sandusky Municipal Court
Clerk's Office
222 Meigs Street
Sandusky, OH 44870

       Remand to Sandusky Municipal Court
       USDC Case No. 3:08CV1434
       Case Name. Midland Funding LLC v. Andrea Brent, et al.

Dear Clerk:

On 5/17/2011 The Honorable Judge David A. Katz, United States District Judge, entered a Memorandum, Opinion and Order remanding the above-mentioned case to your court. I am enclosing certified copies of our docket sheet and the order of remand. Other documents in this case can be accessed electronically on the internet at:

http://ecf.ohnd.uscourts.gov

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

                                    Sincerely,

                                    Geri M. Smith, Clerk of Court

                     By:    LoriAnne MacKenzie
                            Deputy Clerk