IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO WESTERN DIVISION

CASE NO.:3:08-cv-01434-DAK

MIDLAND FUNDING, LLC,

    Plaintiff,

v.

ANDREA BRENT,

    Defendant,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Counter-Defendant.
_____/

## NOTICE OF EXCLUSION OF CLASS MEMBER RICARDO GOMES

Class Member, Ricardo Gomes, an individual, by and through his undersigned attorney, hereby provides notice of his intent to be excluded from the class settlement. A copy of his notice of exclusion is attached hereto.

                                                /s/ Robert W. Murphy
                                                ROBERT W. MURPHY
                                                Florida Bar No. 717223
                                                1212 S.E. 2nd Avenue
                                                Ft. Lauderdale, FL 33316
                                                (954) 763-8660 Telephone
                                                (954) 763-8607 Telecopier
                                                Email:rphyu@aol.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on June 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Brian C. Block, Esquire, Javitch, Block & Rathbone, 1100 Superior Avenue, 19th Floor, Cleveland, OH 44114, Theodore W. Seitz, Esquire, Dykema Gossett, Suite 900, 201 Townsend Street, Lansing, MI 48933 Robert G. Knirsch, Esquire, Javitch, Block & Rathbone, 1100 Superior Avenue, 19th Floor, Cleveland, OH 44114 and Dennis E. Murray, Sr., Esquire, Murray & Murray, 111 East Shoreline Drive, Sandusky, OH 44870, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Robert W. Murphy
Robert W. Murphy
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
E-mail: rphyu@aol.com

## BRENT V MIDLAND
## CLAIM FORM



MCM04789673

1. **Claimant Information:** Must complete the following and sign below:

    __Richards Gomes__                        (_____)_____
    Print Full Name                                Phone Number

    __8154 NW 15th Manor   Plantation FL 33324__
    Address                City                State    ZIP

2. **Election to Participate:** Check <u>one</u> of the elections related to this lawsuit:

    ____ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me; so I should be eligible for a benefit from the settlement.

    _X_ I do <u>not</u> want to be included in the class.

    __By Atty in fact__                    __6/1/11__
    Claimant Signature                        Date

    001B075160*18099-01