# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO WESTERN DIVISION

## CASE NO.:3:08-cv-01434-DAK

MIDLAND FUNDING, LLC,

    Plaintiff,

v.

ANDREA BRENT,

    Defendant,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Counter-Defendant.

_____/

## NOTICE OF EXCLUSION OF CLASS MEMBER MICHAEL WINT

Class Member, Michael Wint, an individual, by and through his undersigned attorney, hereby provides notice of his intent to be excluded from the class settlement. A copy of his notice of exclusion is attached hereto.

/s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telecopier
Email:rphyu@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Brian C. Block, Esquire, Javitch, Block & Rathbone, 1100 Superior Avenue, 19th Floor, Cleveland, OH 44114, Theodore W. Seitz, Esquire, Dykema Gossett, Suite 900, 201 Townsend Street, Lansing, MI 48933 Robert G. Knirsch, Esquire, Javitch, Block & Rathbone, 1100 Superior Avenue, 19th Floor, Cleveland, OH 44114 and Dennis E. Murray, Sr., Esquire, Murray & Murray, 111 East Shoreline Drive, Sandusky, OH 44870, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Robert W. Murphy
Robert W. Murphy
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Fort Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
E-mail: rphyu@aol.com

**_BRENT V MIDLAND_**
**CLAIM FORM**



MCM13772017

1. **Claimant Information:** Must complete the following and sign below:

   Michael Wint  (___) _____
   Print Full Name                  Phone Number

   7540 Kismet St, Miramar FL 33023
   Address            City         State  ZIP

2. **Election to Participate:** Check <u>one</u> of the elections related to this lawsuit:

   ____ I want to be included in the class action and receive any recovery to which class members are entitled. I confirm that Midland filed a lawsuit against me; so I should be eligible for a benefit from the settlement.

   _X_ I do <u>not</u> want to be included in the class.

   _Jury, Atty in fact_     6/1/11
   Claimant Signature        Date

   001B054082*18099-01