United States District Court
Northern District of Ohio
Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Geri Smith
Clerk of Court

(216) 357-7000

May 27, 2011

Sandusky Municipal Court
Clerk's Office
222 Meigs Street
Sandusky, OH 44870

    Remand to Sandusky Municipal Court
    USDC Case No. 3:08CV1434
    Case Name. Midland Funding LLC v. Andrea Brent, et al.

Dear Clerk:

On 5/17/2011 The Honorable Judge David A. Katz, United States District Judge, entered a Memorandum, Opinion and Order remanding the above-mentioned case to your court. I am enclosing certified copies of our docket sheet and the order of remand. Other documents in this case can be accessed electronically on the internet at:

http://ecf.ohnd.uscourts.gov

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

                                     Sincerely,

                                     Geri M. Smith, Clerk of Court

                   By:    _LoriAnne MacKenzie_
                            Deputy Clerk

*[Stamps: SANDUSKY MUNICIPAL COURT 2011 JUN 1 AM 10 00; CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO 2011 JUN -3 PM 2:20 FILED]*

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 U.S. Court House
1716 Spielbusch Avenue
Toledo, OH 43624-1347
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7425